Danial A. Nelson (DN4940)
Kevin P. McCulloch (KM0530)
NELSON & McCULLOCH LLP
The Chrysler Building
405 Lexington Ave., 26th Floor
New York, New York 10174
T: (212) 907-6677
F: (646) 308-1178

*Counsel for Plaintiff*


RECEIVED
JUL 05 2012
U.S.D.C. S.D. N.Y.
CASHIERS

12 CV 5230

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID YOUNG-WOLFF, | No. |
| *Plaintiff,* | |
| v. | **COMPLAINT AND DEMAND FOR A JURY TRIAL** |
| JOHN WILEY & SONS, INC., | |
| *Defendant.* | |

Plaintiff David Young-Wolff, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure and the applicable Local Rules of this Court, hereby demands a trial by jury of all claims and issues so triable and, for his Complaint against Defendant John Wiley & Sons, Inc. states as follows:

## PARTIES

1.      Plaintiff David Young-Wolff ("Plaintiff" or "Young-Wolff") is a resident of the State of California.

2.      Defendant John Wiley & Sons, Inc. ("Wiley") is a New York corporation with its principal place of business at 11 Water Street, Hoboken, New Jersey.

1

## JURISDICTION AND VENUE

3.     This is an action for copyright infringement and related claims brought by Plaintiff, the owner of copyrights to photographs at issue in this action, against Defendant for unauthorized uses of Plaintiff's copyrighted photographs.

4.     Jurisdiction for Plaintiff's claims lies with the United States District Court for the Southern District of New York pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101, *et seq.*, and 28 U.S.C. § 1338(a) (conferring original jurisdiction over claims arising under any act of Congress relating to copyrights).

5.     Venue is proper in this Court under 28 U.S.C. §§ 1391(a) and (b) because Defendant conducts substantial business within the State of New York, infringed Plaintiff's copyrights within the State of New York, and a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in the State of New York; and under 28 U.S.C. § 1400(a) since the alleged misconduct by Defendant occurred in this district.

6.     Defendant Wiley has submitted to the jurisdiction of this Court in prior actions involving similar claims of copyright infringement.

## FACTUAL ALLEGATIONS

7.     Plaintiff is a professional photographer who makes his living by taking and licensing photographs.

8.     Defendant Wiley is a publishing company in the business of creating and publishing educational textbooks, instructional technology materials, reference works, travel books, and other similar materials and publications.

9. Wiley exploited Plaintiff's copyrighted photographs in various publications without permission and/or in excess of any licenses that it may have obtained. A spreadsheet identifying hundreds of uses of Plaintiff's images by Defendant is attached hereto as "Exhibit 1."

10. Because information regarding Defendant's use of Plaintiff's photographs remains in Defendant's sole possession, the full scope of Defendant's unauthorized uses of Plaintiff's creative works has not yet been ascertained.

## *Allegations Related to Particular Publications*

11. Upon information and belief, Defendant published Plaintiff's Image No. FAM581DYW041 001 (captioned or described as "16 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word 'more' while sitting on a blanket in their backyard, LA, CA") in its *Visualizing Psychology* 1e title and related publications in violation of Plaintiff's exclusive rights as the copyright owner, as more fully alleged below.

12. Upon information and belief, Defendant has published Plaintiff's Image No. FAM581DYW041 001 in its *Visualizing Psychology* 2e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

13. Upon information and belief, Defendant has published Plaintiff's Image No. FAM581DYW041 001 in its *Visualizing Psychology* 3e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

14. Upon information and belief, Defendant has published Plaintiff's Image No. FAM581DYW041 001 in its *Psychology in Action* 7e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

15. Upon information and belief, Defendant has published Plaintiff's Image No. FAM581DYW041 001 in its *Psychology in Action* 8e title and related publications in violation of

3

his exclusive rights as the copyright owner, as more fully alleged below.

16.     Upon information and belief, Defendant has published Plaintiff's Image No. FAM581DYW041 001 in its *Psychology in Action* 9e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

17.     Upon information and belief, Defendant has published Plaintiff's Image No. FAM581DYW041 001 in its *Psychology in Action* 10e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

18.     Upon information and belief, Defendant has published Plaintiff's Image No. MEN751DYW066 001 (captioned or described as "Wh f therapist talks to irritated Wh young man during therapy session in her office, Santa Barbara, CA") in its *Visualizing Psychology* 1e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

19.     Upon information and belief, Defendant has published Plaintiff's Image No. MEN751DYW066 001 in its *Visualizing Psychology* 2e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

20.     Upon information and belief, Defendant has published Plaintiff's Image No. MEN751DYW066 001 in its *Visualizing Psychology* 3e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

21.     Upon information and belief, Defendant has published Plaintiff's Image No. MEN751DYW066 001 in its *Psychology in Action* 7e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

22.     Upon information and belief, Defendant has published Plaintiff's Image No. MEN751DYW066 001 in its *Psychology in Action* 8e title and related publications in violation

of his exclusive rights as the copyright owner, as more fully alleged below.

23.     Upon information and belief, Defendant has published Plaintiff's Image No. MEN751DYW066 001 in its *Psychology in Action* 9e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

24.     Upon information and belief, Defendant has published Plaintiff's Image No. MEN751DYW066 001 in its *Psychology in Action* 10e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

25.     Upon information and belief, Defendant has published Plaintiff's Image No. CHI051DYW034 001 (captioned or described as "Curly-haired, angry Wh boy arguing w his friend sticks out his tongue") in the "Lab Manual" for its *Anatomy* title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

26.     Upon information and belief, Defendant has published Plaintiff's Image No. COM361DYW228 001 (captioned or described as "Wh young man uses online chatroom to communicate over the Internet on his Mac computer at home") in its *Psychology in Action* 7e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

27.     Upon information and belief, Defendant has published Plaintiff's Image No. COM361DYW228 001 in its *Psychology in Action* 8e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

28.     Upon information and belief, Defendant has published Plaintiff's Image No. COM361DYW228 001 in its *Psychology in Action* 9e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

29.     Upon information and belief, Defendant has published Plaintiff's Image No.

COM361DYW228 001 in its *Psychology in Action* 10e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

30.     Upon information and belief, Defendant has published Plaintiff's Image No. MUS401DYW095 001 (captioned or described as "Wh drum major leads Cal marching band across field before football game, UC Berkeley, CA") photograph in its *College Algebra* 1e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

31.     Upon information and belief, Defendant has published Plaintiff's Image No. MUS401DYW095 001 photograph in its *College Algebra* 2e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

32.     Upon information and belief, Defendant has published Plaintiff's Image No. MUS401DYW095 001 photograph in its *Precalculus* 1e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

33.     Upon information and belief, Defendant has published Plaintiff's Image No. MEN191DYW005 001 (captioned or described as "8 mo old Japanese/Wh baby boy held by his Wh mom gets scared of Wh woman at door of home") photograph in its *Abnormal Psychology* 9e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

34.     Upon information and belief, Defendant has published Plaintiff's Image No. MEN191DYW005 001 photograph in its *Abnormal Psychology* 10e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

35.     Upon information and belief, Defendant has published Plaintiff's Image No. MEN191DYW005 001 photograph in its *Abnormal Psychology* 11e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

36.     Upon information and belief, Defendant has published Plaintiff's Image No. MEN191DYW005 001 photograph in its *Abnormal Psychology* 12e title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

37.     Upon information and belief, Defendant has published Plaintiff's Image No. 865025-002 (captioned or described as "Woman comparing breakfast cereals in grocery st") photograph in undisclosed publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

38.     Upon information and belief, Defendant has published Plaintiff's Image No. 200167101-002 (captioned or described as "Mature businesswoman at construction site") photograph in undisclosed publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

39.     Upon information and belief, Defendant has published Plaintiff's Image No. CHI361DYW045 001 (captioned or described as "7 yr old Japanese/Wh identical twin sisters, unsure what to wear, look at their reflections in mirror while holding colorful clothes, SM, CA") photograph in its *Early Childhood* title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

40.     Upon information and belief, Defendant has published Plaintiff's Image No. BAB521DYW025 001 (captioned or described as "8 mo old Japanese/Wh baby boy looks at bright yellow ball w holes while sitting on brick floor in yard outside") photograph in its *Early*

*Childhood* title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

41.     Upon information and belief, Defendant has published Plaintiff's Image No. HAN321DYW026 001 (captioned or described as "16 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word 'more' while sitting on a blanket in their backyard, LA, CA") photograph in its *Early Childhood* title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

42.     Upon information and belief, Defendant has published Plaintiff's Image No. 868110-001 (captioned or described as "Group portrait of teenagers (16-18) holding sch") photograph in undisclosed publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

43.     Upon information and belief, Defendant has published Plaintiff's Image No. MEN681DYW041 001 (captioned or described as "Gesturing Wh middle-aged f family therapist counsels Wh couple & their sulking 13 yr old daughter & 10 yr old son sitting on a couch in her office, SM, CA") photograph in its *Clinical Psychology* title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

44.     Upon information and belief, Defendant has published Plaintiff's Image No. MED785DYW075 001 ("Wh m technician instructs Wh man settling into Bod Pod before beginning weighing procedure, Cal State Long Beach, LB, CA") photograph in its *Visualizing Nutrition* title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

45.     Upon information and belief, Defendant has published Plaintiff's Image No. AWD201DYW049 001 (captioned or described as "Japanese/Wh girl places star on chart in

8

elem school classroom, CA") photograph in its *Psychology Around Us* title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

46. Upon information and belief, Defendant has published Plaintiff's Images No. CHS121DYW096 001 (captioned or described as "Empty K classroom w children's books & school supplies arranged on shelf") photograph in its *Visualizing Elementary* title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

47. Upon information and belief, Defendant has published Plaintiff's Image No. TEN115DYW038 001 (captioned or described as "15 yr old Fijian boy wearing sunglasses, 15 yr old Bl girl w braided hair & 15 yr old Wh girl prepare to buy beverage from vending machine on school campus, SM, CA") photograph in its *Visualizing Nutrition* title and related publications in violation of his exclusive rights as the copyright owner, as more fully alleged below.

48. Attached hereto as "Exhibit 2" is a summary of Defendant's infringing uses of Plaintiff's copyrighted works.

49. Defendant infringed Plaintiff's copyrights in the photographs identified herein in various ways, including:

- Publishing Plaintiff's works without permission;
- Reusing Plaintiff's works in subsequent editions of titles without obtaining a valid license prior to publication;
- Publishing Plaintiff's works prior to obtaining a valid license;
- Exceeding the limitations of licenses by printing more copies of the publications than was authorized;
- Exceeding the limitations of licenses by publishing Plaintiff's works in electronic, ancillary, or derivative publications without permission;
- Exceeding the limitations of licenses by publishing Plaintiff's works in foreign editions of publications without permission;
- Exceeding the limitations of licenses by distributing publications outside the authorized distribution area; and/or

9

- Refusing to provide usage information to Plaintiff relating to photographs owned by Plaintiff.

50. Defendant remains in sole possession of information necessary to determine the full scope of Defendant's infringements.

51. Defendant refused to cooperate with Plaintiff's repeated efforts to ascertain the uses that Defendant made of Plaintiff's photos.

52. Upon information and belief, a reasonable opportunity for further investigation and discovery will confirm that Defendant also has infringed other copyrighted works created and owned by Plaintiff.

53. Defendant's refusal to cooperate with Plaintiff's efforts to ascertain the uses that Defendant made of Plaintiff's photos demonstrates that Defendant's conduct is willful.

*Copyright Registrations in Issue*

54. Plaintiff registered copyright in Image No. FAM581DYW041 001 as part of Copyright Registration VAu000677325.

55. Plaintiff registered copyright in Image No. MEN751DYW066 001 as part of Copyright Registration VAu000671928.

56. Plaintiff registered copyright in Image No. CHI051DYW034 001 as part of Copyright Registration VAu000653759.

57. Plaintiff registered copyright in Image No. COM361DYW228 001 as part of Copyright Registration VAu000603428.

58. Plaintiff registered copyright in Image No. MUS401DYW095 001 as part of Copyright Registration VAu000653759.

59. Plaintiff registered copyright in Image No. MEN191DYW005 001 as part of Copyright Registration VAu000668441.

10

60. Plaintiff registered copyright in Image No. 865025-002 as part of Copyright Registration VAu000603428.

61. Plaintiff registered copyright in Image No. 200167101-002 as part of Copyright Registration VAu000653759.

62. Plaintiff registered copyright in Image No. CHI361DYW045 001 as part of Copyright Registration VAu000726501.

63. Plaintiff registered copyright in Image No. BAB521DYW025 001 as part of Copyright Registration VAu000688441.

64. Plaintiff registered copyright in Image No. HAN321DYW026 001 as part of Copyright Registration VAu000677325.

65. Plaintiff registered copyright in Image No. 868110-001 as part of Copyright Registration VAu000424546.

66. Plaintiff registered copyright in Image No. MEN681DYW041 001 as part of Copyright Registration VAu001001898.

67. Plaintiff registered copyright in Image No. MED785DYW075 001 as part of Copyright Registration VAu000610112.

68. Plaintiff registered copyright in Image No. AWD201DYW049 001 as part of Copyright Registration VAu000688623.

69. Plaintiff registered copyright in Image CHS121DYW096 001 as part of Copyright Registration No. VAu000653759.

70. Plaintiff registered copyright in Image TEN115DYW038 001 as part of Copyright Registration No. VAu001001898.

*Contracts at Issue*

71.     In addition to the infringements identified above, Defendant has made hundreds of other uses of Plaintiff's photographs.

72.     Attached hereto as Exhibit 1 is a chart setting forth available information regarding some of the license (or purported license) agreements pursuant to which Defendant obtained access to Plaintiff's photographs.

73.     Upon information and belief, Defendant breached its obligations under the agreements referenced in Exhibit 1, including by:

- Publishing Plaintiff's photos prior to obtaining the licenses or purported license without disclosing that fact to Plaintiffs' licensing agents;
- Violating the terms and conditions of the agreements, including the print-run limitations and/or the distribution region; and
- Refusing to provide usage information requested by Plaintiff, in direct violation of the express and implied term of each license or purported license.

74.     Upon information and belief, a reasonable opportunity for discovery will reveal dozens of additional license agreements between Defendant and Plaintiff's licensing agents and that Defendant breached its obligations thereunder.

*Wiley's Pattern of Infringement*

75.     Defendant Wiley's fraudulent and infringing conduct is not limited to the publications identified herein.

76.     Defendant Wiley's unauthorized and uncompensated use of Plaintiff's creative works is part of Wiley's broader pattern and practice of using third-party content without permission and in excess of license limitations.

77.     Other photographers and stock photography agencies have brought actions against Defendant Wiley alleging copyright infringement claims nearly identical to those asserted by Plaintiff in this action. Indeed, Wiley has been sued all over the country by dozens of

photographers for infringing literally hundreds of photographs in dozens of different publications across multiple Wiley divisions, including:

- *John Wiley & Sons, Inc. v. Hiser*, No. 1:09-cv-4307 (S.D.N.Y.);
- *Grant Heilman v. John Wiley & Sons, Inc.*, No. 5:11-cv-01665 (E.D. Penn.);
- *Visuals Unlimited, Inc. v. John Wiley & Sons, Inc.*, No. 1:11-cv-0415 (D.N.H.);
- *Bean v. John Wiley & Sons, Inc.*, No. 3:12-cv-8001 (D. Ariz.);
- *DRK Photo v. John Wiley & Sons, Inc.*, No. 3:11-cv-8133 (D. Ariz.);
- *Psihoyos v. John Wiley & Sons, Inc.*, No. 11-cv-1416 (S.D.N.Y.);
- *Frerck v. John Wiley & Sons, Inc.*, No. 1:11-cv-2727 (N.D. Ill.);
- *Cole v. John Wiley & Sons, Inc.*, No. 11-cv-2090 (S.D.N.Y.);
- *Warren v. John Wiley & Sons, Inc.*, No. 12-cv-05070 (S.D.N.Y.) ; and
- *Rubin v. John Wiley & Sons, Inc.*, No. 12-cv-05071 (S.D.N.Y.).

78.     Evidence submitted to the courts in those actions demonstrates that Defendant Wiley has engaged in a systematic pattern of fraud and copyright infringement.

79.     Wiley has settled copyright infringement claims in several of these actions, including *John Wiley & Sons, Inc. v. Hiser*, No. 1:09-cv-4307 (S.D.N.Y.), and *Bean v. John Wiley & Sons, Inc.*, No. 3:12-cv-8001 (D. Ariz.).

80.     Wiley has been found liable for dozens of infringements in *Bean v. John Wiley & Sons, Inc.*, No. 3:12-cv-8001 (D. Ariz.).

81.     Wiley also has admitted to infringements in numerous cases, including *Visuals Unlimited, Inc. v. John Wiley & Sons, Inc.*, No. 1:11-cv-0415 (D.N.H.); *Bean v. John Wiley & Sons, Inc.*, No. 3:12-cv-8001 (D. Ariz.); *DRK Photo v. John Wiley & Sons, Inc.*, No. 3:11-cv-8133 (D. Ariz.); *Psihoyos v. John Wiley & Sons, Inc.*, No. 11-cv-1416 (S.D.N.Y.); and *Cole v. John Wiley & Sons, Inc.*, No. 11-cv-2090 (S.D.N.Y.).

82.     Evidence from the *Visuals Unlimited* lawsuit demonstrates that Wiley admits to

13

numerous infringements, including infringements that involve publications at issue here. Attached hereto as "Exhibit 3" is a true and correct copy of Wiley's admission of infringements involved in the *Visuals Unlimited* action.

83.     Evidence submitted in the *Psihoyos* lawsuit demonstrates that Wiley admits to numerous infringements, including infringements that involve publications at issue here. Attached hereto as "Exhibits 4-7" are true and correct copies of Wiley's admissions of various infringements involved in the *Psihoyos* action.

84.     Evidence from the *Bean* lawsuit demonstrates that Wiley admits to numerous infringements, including infringements that involve publications at issue here. Attached hereto as "Exhibit 8" is a true and correct copy of Wiley's admission of infringements involved in the *Bean* action.

85.     Evidence from other lawsuits demonstrates that Wiley knowingly decided continued to sell inventory of publications that included unauthorized copies of third party content. Among other instances, Wiley made the decision to continue to sell inventory of publications that Wiley knew included unauthorized copies of third party content during an April 2011 meeting that involved Gary Rinck, Kay Pace, and others. Upon information and belief, Plaintiff owns images in the publications that Wiley decided to continue to sell during this April 2011 meeting.

86.     Wiley's unauthorized use of Plaintiff's photograph identified herein is part of a broader, systematic pattern of unauthorized use and copyright infringement.

87.     Wiley's pattern of infringements demonstrates that its conduct is willful and intentional and reckless and habitual.

## *Wiley's Cleanup Campaign*

88. Upon on information and belief, Wiley has begun to contact photographers whose images were used without permission or in excess of permission in an effort to "clean up" infringements and license violations.

89. In the course of these cleanup efforts, Wiley has circumvented copyright owners, some of whom were pursuing claims against Wiley, and attempted to deal with licensing agents who were unaware of Wiley's infringements.

90. In dealing with licensing agents, Wiley routinely withholds critical information, including actual publication dates and print runs, to conceal evidence of copyright infringements while attempting to obtain copyright licenses.

91. Upon information and belief, Hilary Newman, Manager of the Photo Department of the Global Education division at Defendant Wiley, and William Zerter, Vice President of Finance and Operations of the Global Education division at Defendant Wiley, are involved in or leading this cleanup campaign and have contacted Plaintiff's licensing agents in an effort to surreptitiously obtain *ex post facto* licenses to conceal known infringements.

92. Wiley's cleanup campaign confirms that Wiley's conduct is willful and intentional.

## COUNT I
## COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 501

93. Plaintiff repeats and re-alleges each allegation set forth in all paragraphs above as if set forth fully herein.

94. Plaintiff is the owner of the copyrights in the photos identified herein and that are the subject of this action.

95. As set forth above and in Exhibit 2, Plaintiff has registered copyrights in the images for which copyright infringements are alleged.

96. Defendant Wiley used, published, distributed, and exploited Plaintiff's creative works without license or permission or authorization and/or in excess of any permission or license, and/or has violated Plaintiff's exclusive rights as the registered copyright owner by refusing to provide usage information for Plaintiff's copyrighted works.

97. Defendant Wiley's unauthorized uses of Plaintiff's copyrighted image were willful.

98. Plaintiff seeks all damages recoverable under the Copyright Act, including statutory or actual damages, including Defendant's profits attributable to the infringing uses of Plaintiff's creative works. Plaintiff also seeks all attorneys' fees and any other costs incurred in pursuing and litigating this matter.

## COUNT II
## FRAUD

99. Plaintiff repeats and re-alleges each allegation set forth in all paragraphs above as if set forth fully herein.

100. The foregoing acts by Defendant constitute fraud in violation of all applicable laws.

101. Upon information and belief, Defendant intentionally and willfully and knowingly misrepresented material facts to Plaintiff's licensing agents, including, but not limited to, falsely representing that publication had not already occurred, that Wiley's intended use of Plaintiff's photographs would be limited to requested print run numbers and would not include any foreign editions or sales.

16

102. Upon information and belief, Defendant intentionally and willfully and knowingly misrepresented material facts to Plaintiff's licensing agents, including, but not limited to, misrepresenting the past publication and future publication plans for Plaintiff's photographs.

103. Upon information and belief, Defendant knew at the time it negotiated with Plaintiff's agents that Wiley's actual use of his image already had occurred and that Wiley already intended to violate various terms and conditions of the licesnses and purported licenses.

104. Defendant knew that their representations were false when made and intended that Plaintiff and his agents would to rely on these false representations to his detriment.

105. Defendant made these false representations to gain benefits for Defendant Wiley, including to obtain access to Plaintiff's photos at a lower license fee and to avoid liability for copyright infringement.

106. Defendant's fraudulent intent can be inferred from the gross misconduct that Wiley exhibited by willfully, knowingly, intentionally, drastically, repeatedly, and/or systematically printing other photographers' images prior to seeking or obtaining permission, and by violating the various licensing agreements governing Wiley's use of their images.

107. Defendant is involved in and leading a massive "clean up" effort intended to defraud copyright owners, including Plaintiff.

108. Defendant's fraudulent conduct was egregious and intentional.

109. Defendant's fraudulent representations reasonably deceived Plaintiff.

110. Plaintiff suffered damages as a result of Defendant's fraud, including depriving Plaintiff of the opportunity to obtain the full compensation to which he is entitled without litigation and without risk of not being compensated and without incurring significant expenses to obtain such rightful compensation.

111. Plaintiff seeks all damages recoverable under the law, including his costs and attorneys' fees.

112. Plaintiff also seeks punitive and/or heightened damages.

## COUNT III
### FRAUDULENT CONCEALMENT

113. Plaintiff repeats and re-alleges each allegation set forth in all paragraphs above as if set forth fully herein.

114. The foregoing acts by Defendant constitute fraudulent concealment in violation of all applicable laws.

115. Wiley, by publishing Plaintiff's photographs without permission and printing more copies of textbooks than was allowed under the license restrictions set forth in the license agreements governing Wiley's use of his photograph, had a duty in equity and good conscious to fully disclose and inform Plaintiff of such undertakings.

116. Notwithstanding this obligation, Defendant knowingly, willfully, and intentionally continued to fraudulently conceal crucial facts from Plaintiff and his agents.

117. Defendant had a duty and good faith obligation to disclose all relevant information when seeking a license from Plaintiff's agents.

118. Defendant's knowing, willful, and intentional failure to disclose such information is contrary to its obligations and duties to Plaintiff and reveals and evinces their intent to conceal fraudulent conduct.

119. Upon information and belief, Defendant intended by these misrepresentations to fraudulently obtain access to Plaintiff's photographs on terms that were more beneficial to Wiley, including by avoiding punitive fees or securing lower license fees and rates.

18

120.     Plaintiff suffered unique and distinct pecuniary damages as a result of Defendant's fraud and concealment of information.

121.     Plaintiff seeks all damages recoverable under the law, including his costs and attorneys' fees.

122.     Plaintiff also seeks punitive and/or heightened damages.

## COUNT IV
## BREACH OF CONTRACT

123.     Plaintiff repeats and re-alleges each allegation set forth in all paragraphs above as if set forth fully herein.

124.     Defendant has entered into hundreds of license agreements relating to Plaintiff's images, including but not limited to the agreements referenced in Exhibit 1.

125.     Plaintiff is an intended beneficiary of all license agreements between his licensing agents and Defendant Wiley.

126.     The licensing agreements require Wiley to disclose usage information to Plaintiff, the owner of the photographs in issue.

127.     Notwithstanding Wiley's duty to provide such information, Wiley has refused to disclose usage information to Plaintiff.

128.     Defendant has breached each of the contracts identified in Exhibit 1 by publishing the photographs governed by those agreements prior to the start date of the licenses and/or by exceeding material terms in the licenses, and or by violating the express and implied terms of each license by refusing to disclose usage information to Plaintiff.

129.     By breaching its duties under the licensing agreements, and by otherwise breaching the terms of such agreements, Wiley caused injuries, damages and loses to the

19

Plaintiff, including lost revenues from the licensing of his photographs, and damage of the future value of those photographs.

**COUNT V**
**INFRINGING EXPORTATION UNDER 17 U.S.C. § 602**

130.    Plaintiff repeats and re-alleges each allegation set forth in all paragraphs above as if set forth fully herein.

131.    Defendant Wiley published Plaintiff's photos in publications that Wiley exported to foreign countries.

132.    Defendant Wiley did not secure permission, authorization, or a license to export Plaintiff's photos.

133.    Defendant Wiley's unauthorized exportation of Plaintiff's copyrighted images was willful.

134.    Plaintiff seeks all damages recoverable under the Copyright Act, including statutory or actual damages, including Defendant's profits attributable to the infringing use of Plaintiff's creative work and the damages suffered as a result of the lack of compensation, credit, and attribution. Plaintiff also seeks all attorneys' fees and any other costs incurred in pursuing and litigating this matter.

**WHEREFORE,** Plaintiff respectfully prays for judgment on his behalf and for the following relief:

1.    A preliminary and permanent injunction against Defendant precluding Defendant from copying, displaying, distributing, advertising, promoting, and/or selling the infringing publications identified herein, and requiring Defendant to deliver to the Court for destruction or other appropriate disposition all relevant materials, including digital files of Plaintiff's

photographs and all copies of the infringing materials described in this complaint, that are in the control or possession or custody of Defendant;

2. All allowable damages under the Copyright Act, including but not limited to, statutory or actual damages, including damages incurred as a result of Plaintiff's loss of licensing revenue, Defendant's lack of attribution, and Defendant's profits attributable to infringement;

3. Plaintiff's full costs, including litigation expenses, expert witness fees, interest, and any other amounts authorized under law, and attorneys' fees incurred in pursuing and litigating this matter;

4. Any other relief authorized by law, including punitive and/or exemplary damages; and

5. For such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMANDED
Dated July 5, 2012
New York, New York.

Respectfully submitted,

NELSON & McCULLOCH LLP

By: _____

Danial A. Nelson (DN4940)
Kevin P. McCulloch (KM0530)
The Chrysler Building
405 Lexington Ave., 26th Floor
New York, New York 10174
T: (212) 907-6677
F: (646) 308-1178

dnelson@nelsonmcculloch.com
kmcculloch@nelsonmcculloch.com

*Attorneys for Plaintiff*

21

# EXHIBIT 1

# David Young-Wolff Invoices to Wiley

| Image No. | Invoice No. | Invoice Date | Publication Title | Image Description | Requested By |
|---|---|---|---|---|---|
| PEP555DYW002 001 | | | Psychology In Action | Wh woman holds red pen in her mouth w lips parted | John Wiley & Sons, Inc |
| PEP555DYW001 001 | | | Psychology In Action | Wh woman holds red pen in her mouth w lips closed | John Wiley & Sons, Inc |
| TRA241DYW039 001 | | | Chemistry 4e | Wh woman wearing black leather jacket pumps gas into her SUV at gas station | John Wiley & Sons, Inc |
| CHI571DYW033 001 | | | Physics Matters | Studio shot of a bunch of pastel colored helium balloons | John Wiley & Sons, Inc |
| COM361DYW115 002 | | | Physics Matters | Hisp/Wh teen girl wearing maroon sweatshirt uses Internet to write paper on her home computer | John Wiley & Sons, Inc |
| TRA021DYW033 006 | | | Principles of | Overhead view of gold-colored Mustang covertible parked in driveway | John Wiley & Sons, Inc |
| IEN421DYW055 004 | | | Contemporary | Hisp teen girl lying on her bed watches TV as she does her homework on laptop computer | John Wiley & Sons, Inc |
| YNG571DYW037 001 | | | Personality 9e | Wh young man introduces himself to Hisp young woman at party | John Wiley & Sons, Inc |
| YNG725DYW097 001 | | | Personality 9e | Wh young man looks at book while exploring interesting section of UCSD library, La Jolla, CA | John Wiley & Sons, Inc |
| CAR685DYW009 004 | | | Adjustment 9e | Wh senior m HS science teacher & 3 students discuss chemistry experiment using scale | John Wiley & Sons, Inc |
| COM365DYW125 002 | | | Adjustment 9e | Computer screen shot of pop-up advertisements for porn web sites on the Internet | John Wiley & Sons, Inc |
| COM365DYW245 001 | | | Adjustment 9e | Computer screen shot of match.com website | John Wiley & Sons, Inc |
| SHP161DYW027 001 | | | General, Organic, | Hisp teen boy shopping w his Wh teen m friend checks label on jeans in department store | John Wiley & Sons, Inc |
| PRG801DYW032 001 | | | Our Voice 2e | Pensive pregnant Hisp teen girl wearing blue shirt leans against lockers at school | John Wiley & Sons, Inc |
| COM361DYW163 001 | | | Psychology 4e | Costa Rican/German young man writes e-mail on his IMAC computer in his dorm room at UCSD, La Jolla, CA | John Wiley & Sons, Inc |
| MEN681DYW009 003 | | | Psychology 4e | Wh m therapist listens to Wh mom & teen son during family therapy session | John Wiley & Sons, Inc |
| TEN891DYW015 002 | | | Adult Development | View from behind of Wh teen girl wearing plaid shirt using remote control for onscreen VCR programming | John Wiley & Sons, Inc |
| COM361DYW163 001 | | | Psychology 4e | Costa Rican/German young man writes e-mail on his IMAC computer in his dorm room at UCSD, La Jolla, CA | John Wiley & Sons, Inc |
| MEN681DYW009 003 | | | Psychology 4e | Wh m therapist listens to Wh mom & teen son during family therapy session | John Wiley & Sons, Inc |
| CAR685DYW009 004 | | | Adjustment | Wh senior m HS science teacher & 3 students discuss chemistry experiment using scale | John Wiley & Sons, Inc |
| COM365DYW125 002 | | | Adjustment | Computer screen shot of pop-up advertisements for porn web sites on the Internet | John Wiley & Sons, Inc |

| Code | Title/Category | Description | Publisher |
|---|---|---|---|
| COM365DYW235 001 |  | Computer screen shot of Synovus.com financial services website on the Internet | John Wiley & Sons, Inc |
| CHI571DYW033 001 | Adjustment | Studio shot of a bunch of pastel colored helium balloons | John Wiley & Sons, Inc |
| COM361DYW115 002 | Physics Matters 1e | Hisp/Wh teen girl wearing maroon sweatshirt uses Internet to write paper on her home computer | John Wiley & Sons, Inc |
| BOR001DYW018 001 | Abnormal Psychology | JH students study while JH boy throws paper airplane in classroom | John Wiley & Sons, Inc |
| DRU561DYW012 001 | Abnormal Psychology | Wh young man lying in his bed experiences drug withdrawal | John Wiley & Sons, Inc |
| MEN681DYW001 001 | Abnormal Psychology | Wh mom, dad & their teen daughter sitting on couch talk w Hisp f therapist | John Wiley & Sons, Inc |
| YHS021DYW035 001 | Abnormal Psychology | Multi-ethnic gp of college students studies at tables in Starbucks on UC Berkeley campus, Berkeley, CA | John Wiley & Sons, Inc |
| THN271DYW018 001 | Cost Management | Sonicare electric toothbrush w 2 toothbrush attachments at its side on blue tile counter | John Wiley & Sons, Inc |
| TRA021DYW033 006 | Financial Accounting | Overhead view of gold-colored Mustang covertible parked in driveway | John Wiley & Sons, Inc |
| COM101DYW082 001 | Personal Finance 1e | Hisp teen girl uses laptop computer to make graphs | John Wiley & Sons, Inc |
| HAN151DYW003 001 | Personal Finance 1e | Wh dad & son push mom in wheelchair in park, young son walks alongside | John Wiley & Sons, Inc |
| MON375DYW009 001 | Personal Finance 1e | Wh young man using calculator pays bills & records expenses at table | John Wiley & Sons, Inc |
| MON501DYW006 003 | Personal Finance 1e | Major credit card signs posted on store window | John Wiley & Sons, Inc |
| REA201DYW005 001 | Personal Finance 1e | Wh woman's hand signs loan document | John Wiley & Sons, Inc |
| REA2225YW001 004 | Personal Finance 1e | Neat middle class homes on a tree-lined street w "For Sale" signs posted on lawns | John Wiley & Sons, Inc |
| MED785DYW005 001 | Nutrition: Everyday | Wh f technician measures body fat of Wh woman using skin fat calipers | John Wiley & Sons, Inc |
| OBS001DYW005 002 | Nutrition: Everyday | Overhead view of anorexic Korean teen girl standing on bathroom scale | John Wiley & Sons, Inc |
| OBS101DYW002 003 | Nutrition: Everyday | Wh woman wearing sweater vest binges on eclairs, chips, ice cream, cookies & candy | John Wiley & Sons, Inc |
| TOD365DYW001 001 | Nutrition: Everyday | Hisp pre-K girl wearing red shirt brushes her teeth at bathroom sink | John Wiley & Sons, Inc |
| OBS001DYW005 002 | Nutrition Visual | Overhead view of anorexic Korean teen girl standing on bathroom scale | John Wiley & Sons, Inc |
| OBS101DYW002 003 | Nutrition Visual | Wh woman wearing sweater vest binges on eclairs, chips, ice cream, cookies & candy | John Wiley & Sons, Inc |
| OBS001DYW005 002 | Nutrition Visual | Overhead view of anorexic Korean teen girl standing on bathroom scale | John Wiley & Sons, Inc |
| OBS101DYW002 003 | Nutrition | Wh woman wearing sweater vest binges on eclairs, chips, ice cream, cookies & candy | John Wiley & Sons, Inc |
| CHI051DYW034 001 | Lab Manuel for | Curly-haired, angry Wh boy arguing w his friend sticks out his tongue | John Wiley & Sons, Inc |
| POL501DYW049 002 | Big Java 2e | Wh man's hand uses pen to punch hole next to candidate he prefers on ballot in voting booth at polling place | John Wiley & Sons, Inc |
| PEP565DYW001 001 | Living Psychology | Wh woman holds red pen in her mouth w lips closed | John Wiley & Sons, Inc |

| ID | | | Date | Subject | Description | Publisher |
|---|---|---|---|---|---|---|
| PEP5650YW002 001 | | | | Living Psychology | Wh woman holds red pen in her mouth w lips parted | John Wiley & Sons, Inc |
| POL5010YW049 002 | | | | Computing Concepts | Wh man's hand uses pen to punch hole next to candidate he prefers on ballot in voting booth at polling place | John Wiley & Sons, Inc |
| OBS0010YW005 002 | | | | Nutrition 1e Trans | Overhead view of anorexic Korean teen girl standing on bathroom scale | John Wiley & Sons, Inc |
| OBS1010YW002 003 | | | | Nutrition 1e Trans | Wh woman wearing sweater vest binges on eclairs, chips, ice cream, cookies & candy | John Wiley & Sons, Inc |
| CWD201DYW008 001 | | | | Operations Manage- | Multi-ethnic gp of people waits in line to check baggage & receive boarding passes | John Wiley & Sons, Inc |
| MON301DYW003 003 | | | | Operations Manage- | Hisp young woman w brown backpack uses University Credit Union ATM outside | John Wiley & Sons, Inc |
| OBS0010YW005 002 | | | | Health Psychology 5e | Overhead view of anorexic Korean teen girl standing on bathroom scale | John Wiley & Sons, Inc |
| TEN4210YW055 004 | | | | Marketing Research | Hisp teen girl lying on her bed watches TV as she does her homework on laptop computer | John Wiley & Sons, Inc |
| TOS021DYW002 001 | | | | Child Psychology | Hisp f day care worker feeds infant & 3 toddlers in high chairs | John Wiley & Sons, CAN LT |
| FOD101DYW027 001 | | | | Organizational | Common antioxidant sources: green tea, red tea & oatmeal | John Wiley & Sons, Inc |
| MUS401DYW095 001 | | | | College Algebra 1e | Wh drum major leads Cal marching band across field before football game, UC Berkeley, CA | John Wiley & Sons, Inc |
| MEN005DYW002 001 | | | | Abnormal Psychology | Wh adult son holds glass so his senior in wheelchair who has Alzheimer's can drink through straw | John Wiley & Sons, Inc |
| MEN121DYW020 001 | | | | Abnormal Psychology | Depressed Wh senior man sits at his kitchen table w his head resting on his hand | John Wiley & Sons, Inc |
| MEN191DYW005 001 | | | | Abnormal Psychology | 8 mo old Japanese/Wh baby boy held by his Wh mom gets scared of Wh woman at door of home | John Wiley & Sons, Inc |
| MEN681DYW009 004 | | | | Abnormal Psychology | Wh m therapist listens to Wh mom & teen son during family therapy session | John Wiley & Sons, Inc |
| SEN071DYW010 004 | | | | Abnormal Psychology | Wh sen woman unloads dishwasher as her husband w Alzheimer's cleans counter in kitchen w labeled cabinets | John Wiley & Sons, Inc |
| TOS031DYW001 001 | | | | Abnormal Psychology | Crying Wh toddler boy hugs his mom's leg as she drops him off at day care | John Wiley & Sons, Inc |
| CAR3B3DYW031 001 | | | | Because Teaching | Wh teen girl interviews her mother about her life on table at home | John Wiley & Sons, Inc |
| CAR7B1DYW003 001 | | | | Because Teaching | Wh f student teacher w clipboard observes Wh f HS teacher showing lamb's heart to class before dissection | John Wiley & Sons, Inc |
| S65026-004 | 4906579-9000667 | | 8/19/2005 | | Woman shopping in produce section of grocery st | John Wiley & Sons/Trade |
| S65025-002 | 4974384-9330166 | | 9/30/2005 | | Woman comparing breakfast cereals in grocery st | John Wiley & Sons/College |
| 351849-004 | 5014530-9560939 | | 10/29/2005 | | Woman sitting at kitchen table holding bottle | John Wiley & Sons/College |
| 865126-001 | 5057521-9766666 | | 11/23/2005 | | Teenage girl (16-18) driving car, talking on mo | John Wiley & Sons/College |
| COM3611DYW228 001 | | | | Psychology In | Wh young man uses online chatroom to communicate over the Internet on his Mac computer at home | John Wiley & Sons, Inc |

| ID | Code 1 | Code 2 | Date | Category | Description | Publisher |
|---|---|---|---|---|---|---|
| PEP56SDYW001 001 | | | | Psychology In | Wh woman bites down on pen & frowns to show tensed facial muscles | John Wiley & Sons, Inc |
| PEP56SDYW002 001 | | | | Psychology In | Wh woman bites down on pen & smiles to show relaxed facial muscles | John Wiley & Sons, Inc |
| PEP06SDYW005 007 | | | | General, Organic, | Wh woman wearing red shirt pours coolant into radiator system in her car | John Wiley & Sons, Inc |
| PEP361DYW016 008 | | | | General, Organic, | Bl Hisp woman sitting on bed applies cream to her thighs | John Wiley & Sons, Inc |
| CH1401DYW016 001 | | | | Helping Children | Bl/Hisp girl using ruler measures height of Japanese girl standing against wall chart, SM, CA | John Wiley & Sons, Inc |
| HAN341DYW035 003 | | | | Nutrition: Science | Multi-ethnic gp of children w Fetal Alcohol Syndrome poses for camera on ladder | John Wiley & Sons, Inc |
| MED785DYW006 001 | | | | Nutrition: Science | Wh f technician measures body fat of Wh woman using skin fat calipers | John Wiley & Sons, Inc |
| O85001DYW005 002 | | | | Nutrition: Science | Overhead view of anorexic Korean teen girl standing on bathroom scale | John Wiley & Sons, Inc |
| O85101DYW002 003 | | | | Nutrition: Science | Bulemic Wh woman wearing sweater vest binges in private on eclairs, chips, ice cream, cookies & candy | John Wiley & Sons, Inc |
| REF151DYW035 001 | | | | Nutrition: Science | Hisp teen girl looking over her shoulder checks fit of her jeans in mirror on door | John Wiley & Sons, Inc |
| TOD265DYW001 001 | | | | Nutrition: Science | Hisp pre-K girl wearing red shirt brushes her teeth at bathroom sink | John Wiley & Sons, Inc |
| PEP06SDYW005 007 | | | | Foundations College | Wh woman wearing red shirt pours coolant into radiator system in her car | John Wiley & Sons/College |
| PEP06SDYW005 007 | | | | Alternate Edition | Wh woman wearing red shirt pours coolant into radiator system in her car | John Wiley & Sons, Inc |
| 200167101-002 | 5246539-10842420 | | 4/14/2006 | | Mature businesswoman at construction site | John Wiley & Sons/College |
| 879930-001 | 5348615-11431300 | | 6/29/2006 | | Am school bus, different views (Digital C | John Wiley & Sons/Trade |
| 39880?-001 | 543454-11975717 | | 9/15/2006 | | Mature woman drinking alone in bed, television | John Wiley & Sons/College |
| 292981-008 | 554382-12815493 | | 12/22/2006 | | F graduate holding degree, w arms around | John Wiley & Sons/College |
| TRA021DYW033 006 | | | | Principles 8e | Overhead view of gold-colored Mustang convertible parked in driveway | John Wiley & Sons, Inc |
| CAR685DYW009 004 | | | | Psychology of Life | Wh senior m HS science teacher & 3 students discuss chemistry experiment using scale | John Wiley & Sons, Inc |
| COM365DYW125 002 | | | | Psychology of Life | Computer screen shot of pop-up advertisements for porn web sites on the Internet | John Wiley & Sons, Inc |
| FAM581DYW041 001 | | | | Visualizing Psychology | 16 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word "more" while sitting on a blanket in their backyard, LA, CA | John Wiley & Sons, Inc |
| MEN731DYW066 001 | | | | Visualizing Psychology | Wh f therapist talks to irritated Wh young man during therapy session in her office, Santa Barbara, CA | John Wiley & Sons, Inc |
| PEP56SDYW001 001 | | | | Visualizing Psychology | Wh woman bites down on pen & frowns to show tensed facial muscles | John Wiley & Sons, Inc |
| PEP56SDYW002 001 | | | | Visualizing Psychology | Wh woman bites down on pen & smiles to show relaxed facial muscles | John Wiley & Sons, Inc |
| BAB521DYW025 001 | | | | Early Childhood | 8 mo old Japanese/Wh baby boy looks at bright yellow ball w holes while sitting on brick floor in yard outside | John Wiley & Sons, Inc |
| CHI051DYW029 001 | | | | Early Childhood | Korean girl argues w her Wh m friend in classroom | John Wiley & Sons, Inc |

| Code | ID | Date | Subject | Description | Publisher |
|---|---|---|---|---|---|
| CH1361DYW045 001 | | | Early Childhood | 7 yr old Japanese/Wh identical twin sisters, unsure what to wear, look at their reflections in mirror while holding colorful clothes, SN, CA | John Wiley & Sons, Inc |
| ENV505DYW031 002 | | | Early Childhood | Hisp girl & Wh boy put paper into recycling bin in their classroom | John Wiley & Sons, Inc |
| HAN321DYW026 001 | | | Early Childhood | 16 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word "more" while sitting on a blanket in their backyard, LA, CA | John Wiley & Sons, Inc |
| SCH301DYW012 001 | | | Early Childhood | Multi-ethnic gp of children looks at flowers on field trip w Wh f teacher | John Wiley & Sons, Inc |
| LB501DYW018 001 | | | Personality 10e | Wh young man looks at book while exploring interesting section of UCSD library, La Jolla, CA | John Wiley & Sons, Inc |
| YNG571DYW037 001 | | | Personality 10e | Wh young man introduces himself to Hisp young woman at party | John Wiley & Sons, Inc |
| POL501DYW049 002 | | | Big Java 2e by Horstm | Wh man's hand uses pen to punch hole next to candidate he prefers on ballot in voting booth at polling place | John Wiley & Sons, Inc |
| CAR715DYW025 001 | | | Guiding Learning with | Wh f elem school teacher grades students' papers at her desk in classroom | John Wiley & Sons, Inc |
| CHI051DYW034 001 | | | Lab Manual for Anatom | Close-up of Wh boy sticking his tongue out in anger | John Wiley & Sons, Inc |
| SPT665DYW113 001 | | | Introduction to | Multi-ethnic teen boys' soccer team celebrates in a huddle after winning game | John Wiley & Sons, Inc |
| BOR001DYW018 001 | | | Abnormal Psychology | Multi-ethnic gp of JH students studies while Wh JH boy throws paper airplane in classroom | John Wiley & Sons, Inc |
| DRU561DYW012 001 | | | Abnormal Psychology | Wh young man lying in fetal position on his bed experiences drug withdrawal | John Wiley & Sons, Inc |
| MEN681DYW101 001 | | | Abnormal Psychology | Wh mom, dad & their teen daughter sitting on couch talk w Hisp f therapist | John Wiley & Sons, Inc |
| HEN751DYW014 007 | | | Abnormal Psychology | Wh m therapist listens to Bl f patient on checkered couch in office | John Wiley & Sons, Inc |
| PEP065DYW005 007 | | | General, Organic, | Wh woman wearing red shirt pours coolant into radiator system in her car | John Wiley & Sons, Inc |
| SHP161DYW027 001 | | | General, Organic, | Hisp teen boy shopping w his Wh teen m friend checks label on jeans in department store | John Wiley & Sons, Inc |
| TRA021DYW033 001 | | | Financial Accounting | Overhead view of gold-colored Mustang covertible parked in driveway | John Wiley & Sons, Inc |
| OB5001DYW005 002 | | | Healthy Psychology | Overhead view of anorexic Korean teen girl standing on bathroom scale | John Wiley & Sons, Inc |
| CHI821DYW084 001 | | | Environment 6e | Cars line up on street near elem school to drop off children in morning | John Wiley & Sons, Inc |
| 374784-009 | 5641115-13522226 | 3/28/2007 | | Teenage boys drinking beer & smoking by graff | John Wiley & Sons/College |
| 868110-001 | 5881352-14923070 | 9/28/2007 | | Group portrait of teenagers (16-18) holding sch | Jossey-Bass |
| 352875-004 | 5964445-15368144 | 11/27/2007 | | Mother helping baby girl (6-9 mo) take first | John Wiley & Sons/College |
| CHI431DYW013 001 | | | Child Psychology | Wh 1st gr girl counts on her fingers to solve math problem on flashcard help by her Wh f friend at home | John Wiley & Sons, Inc |
| SFI025DYW183 001 | | | Child Psychology | Hisp boy playing catch w his friend prepares to catch baseball outdoors | John Wiley & Sons, Inc |
| CW0201DYW008 001 | | | Operation Management | Multi-ethnic gp of people waits in line to check baggage & receive boarding passes | John Wiley & Sons, Inc |

| Code | Number | Title/Subject | Date | Description | Publisher |
|---|---|---|---|---|---|
| MON2010YW003 003 | | Operation Management | | Hisp young woman w brown backpack uses University Credit Union ATM outside | John Wiley & Sons, Inc |
| YM5021DYW029 001 | | Operation Management | | 2 Wh young women order fast food from Taco Bell Express window at food court on campus at UCLA, Westwood, CA | John Wiley & Sons, Inc |
| MEN681DYW009 003 | | Psychology 5e | | Wh m therapist listens to Wh m & teen son during family therapy session | John Wiley & Sons, Inc |
| PEP3S1DYW016 001 | | Understanding Motivation & Emotion | | Outdoor portrait of multi-ethnic gp of 7 smiling adults | John Wiley & Sons, Inc |
| MUS401DYW095 001 | | College Algebra 2e | | Wh drum major leads Cal marching band across field before football game, UC Berkeley, CA | John Wiley & Son Canada, |
| POL501DYW049 002 | | Hostmann-Big C+ | | Wh man's hand uses pen to punch hole next to candidate he prefers on ballot in voting booth at polling place | John Wiley & Son Canada, |
| FOD101DYW027 001 | | Organizational Behavio | | Common antioxidant sources: green tea, red tea & oatmeal | John Wiley & Sons, Inc. |
| TRA021DYW033 005 | | Principles 5e by Weyga | | Overhead view of gold-colored Mustang covertible parked in driveway | John Wiley & Sons, Inc. |
| ENV701DYW005 004 | | Management 10e | | 2 cartons of Ben & Jerry's ice cream w 2 pamphlets on company philosophy | John Wiley & Sons, Inc. |
| SIG301DYW073 001 | | Management 10e | | Banner above entrance identifies Patagonia on Main Street, SM, CA | John Wiley & Sons, Inc. |
| 873181-004 | 6028412-15818262 | | 1/23/2008 | Multi-ethnic jurors on jury box, listening to d | John Wiley & Sons/College |
| 200420849-001 | 1163560-17667931 | | 7/20/2008 | Mother & daughter (8-10) using pasta machi | John Wiley & Sons Australi |
| 885049-004 | 6298975-17887428 | | 8/18/2008 | 2 generation family w 3 children, port | John Wiley & Sons/College |
| 398801-001 | 640449418576169 | | 10/31/2008 | Mature woman drinking alone in bed, television | John Wiley & Sons/College |
| 398801-001 | 6425626-18685721 | | 11/18/2008 | Mature woman drinking alone in bed, television | John Wiley & Sons/College |
| 398801-001 | 6425626-18685721 | | 11/18/2008 | Mature woman drinking alone in bed, television | John Wiley & Sons/College |
| FAMS81DYW041 001 | | Visualizing Psychology | | 16 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word "more" while sitting on a blanket in their backyard, LA, CA | John Wiley & Sons, Inc. |
| FAMS81DYW041 001 | | Visualizing Psychology | | 17 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word "more" while sitting on a blanket in their backyard, LA, CA | John Wiley & Sons, Inc. |
| MEN7S1DYW066 001 | | Visualizing Psychology | | Wh f therapist talks to irritated Wh young man during therapy session in her office, Santa Barbara, CA | John Wiley & Sons, Inc. |
| MEN7S1DYW066 001 | | Visualizing Psychology | | Wh f therapist talks to irritated Wh young man during therapy session in her office, Santa Barbara, CA | John Wiley & Sons, Inc. |
| OBS001DYW010 001 | | Visualizing Psychology | | Overhead view of anorexic Korean teen girl standing on bathroom scale | John Wiley & Sons, Inc. |
| MEN7S1DYW066 001 | | Psychology in Action | | Wh f therapist talks to irritated Wh young man during therapy session in her office, Santa Barbara, CA | John Wiley & Sons, Inc. |
| MEN7S1DYW066 001 | | Psychology in Action | | Wh f therapist talks to irritated Wh young man during therapy session in her office, Santa Barbara, CA | John Wiley & Sons, Inc. |
| PEP565DYW001 001 | | Psychology in Action | | Wh woman bites down on pen & frowns to show tensed facial muscles | John Wiley & Sons, Inc. |

| Code | Category | Description | Publisher |
|---|---|---|---|
| PEP565DYW002 001 | Psychology in Action | Wh woman bites down on pen & smiles to show relaxed facial muscles | John Wiley & Sons, Inc. |
| POL501DYW049 002 | For Everyone 1e | Wh man's hand uses pen to punch hole next to candidate he prefers on ballot in voting booth at polling place | John Wiley & Sons, Inc. |
| TOS031DYW001 001 | Abnormal Psychology | Crying Wh pre-K boy hugs mom's leg as she drops him off at day care | John Wiley & Sons, Inc. |
| MEH681DYW009 004 | Abnormal Psychology | Wh m therapist listens to Wh mom & teen son during family therapy session | John Wiley & Sons, Inc. |
| MEM191DYW005 001 | Abnormal Psychology | 8 mo old Japanese/Wh baby boy held by his Wh mom gets scared of Wh woman at door of home | John Wiley & Sons, Inc. |
| MEN121DYW020 001 | Abnormal Psychology | Depressed Wh senior man sits at his kitchen table w his head resting on his hand | John Wiley & Sons, Inc. |
| MEN005DYW002 001 | Abnormal Psychology | Wh adult son holds glass so his senior In wheelchair who has Alzheimer's can drink through straw | John Wiley & Sons, Inc. |
| MED301DYW006 003 | Abnormal Psychology | Bl f nurse wearing latex gloves administers flu shot to Wh woman at Rite Aid, SM, CA | John Wiley & Sons, Inc. |
| MEN681DYW041 001 | Clinical Psychology | Gesturing Wh middle-aged f family therapist counsels Wh couple & their sulking 13 yr old daughter & 10 yr old son sitting on a couch in her office, SM, CA | John Wiley & Son Canada, |
| CHR821DYW084 001 | Environment 7e | Cars line up on street near elem school to drop off children in morning | John Wiley & Sons, Inc. |
| YNG725DYW097 001 | Personality 11e | Wh young man looks at book while exploring interesting section of UCSD library, La Jolla, CA | John Wiley & Sons, Inc. |
| YNG571DYW037 001 | Personality 11e | Wh young man introduces himself to Hisp young woman at party | John Wiley & Sons, Inc. |
| MEN681DYW001 001 | Clinical Psychology 1e | Wh mom, dad & their teen daughter sitting on couch talk w Hisp f therapist | John Wiley & Sons, Inc. |
| OBS101DYW002 003 | Visualizing Nutrition | Bulimic Wh woman wearing sweater vest binges in private on eclairs, chips, ice cream, cookies & candy, SM, CA | John Wiley & Sons, Inc. |
| OBS001DYW005 002 | Visualizing Nutrition | Overhead view of anorexic Korean teen girl standing on bathroom scale | John Wiley & Sons, Inc. |
| MED785DYW075 001 | Visualizing Nutrition | Wh m technician instructs Wh man settling into Bod Pod before beginning weighing procedure, Cal State Long Beach, LB, CA | John Wiley & Sons, Inc. |
| MED785DYW006 001 | Visualizing Nutrition | Wh f technician measures body fat of Wh woman using skin fat callipers | John Wiley & Sons, Inc. |
| SHP301DYW026 001 | Nutrition: Science | Weight Watchers & Lean Cuisine frozen dinners on display in freezer section of supermarket | John Wiley & Sons, Inc. |
| REF151DYW025 001 | Nutrition: Science | Hisp teen girl looking over her shoulder checks fit of her jeans in mirror on door | John Wiley & Sons, Inc. |
| OBS101DYW002 001 | Nutrition: Science | Bulimic Wh woman wearing sweater vest binges in private on eclairs, chips, ice cream, cookies & candy, SM, CA | John Wiley & Sons, Inc. |
| OBS001DYW005 001 | Nutrition: Science | Overhead view of anorexic Korean teen girl standing on bathroom scale | John Wiley & Sons, Inc. |
| MED785DYW006 001 | Nutrition: Science | Wh f technician measures body fat of Wh woman using skin fat callipers | John Wiley & Sons, Inc. |
| HAN341DYW035 003 | Nutrition: Science | Multi-ethnic gp of children w Fetal Alcohol Syndrome poses for camera on ladder | John Wiley & Sons, Inc. |

| Code 1 | Code 2 | Date | Title | Description | Publisher |
|---|---|---|---|---|---|
| SIG301DYW073 001 | | | Exploring Management | Banner above entrance Identifies Patagonia on Main Street, SN, CA | John Wiley & Sons, Inc. |
| MU5401DYW095 001 | | | Precalculus 1e | Wh drum major leads Cal marching band across field before football game, UC Berkeley, CA | John Wiley & Sons, Inc. |
| PEP565DYW002 001 | | | Psychology Around | Wh woman bites down on pen & smiles to show relaxed facial muscles | John Wiley & Sons, Inc. |
| PEP565DYW001 001 | | | Psychology Around | Wh woman bites down on pen & frowns to show tensed facial muscles | John Wiley & Sons, Inc. |
| FAM581DYW041 001 | | | Psychology Around | 16 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word "more" while sitting on a blanket in their backyard, LA, CA | John Wiley & Sons, Inc. |
| AW220107DYW049 001 | | | Psychology Around | Japanese/Wh girl places star on chart in elem school classroom, CA | John Wiley & Sons, Inc. |
| PEP065DYW005 007 | | | Foundations of | Wh woman wearing red shirt pours coolant into radiator system in her car | John Wiley & Sons, Inc. |
| 351849-004 | 6516271-19222501 | | | Woman sitting at kitchen table holding bottle | John Wiley & Sons/College |
| 877250-004 | 6613440-20023618 | 5/22/2009 | | Korean teenage girl (16-18) working in flower s | John Wiley & Sons/College |
| 200028636-004 | 6645271-20377491 | 7/2/2009 | | Gp of men, women & children smiling, port | John Wiley & Sons/College |
| 392981-008 | 6653734-20468430 | 7/17/2009 | | F graduate holding degree, w arms around | John Wiley & Sons/College |
| POL501DYW049 002 | | | Big Java 4e | Wh man's hand uses pen to punch hole next to candidate he prefers on ballot in voting booth at polling place | John Wiley & Sons, Inc. |
| POL501DYW049 002 | | | Java Concepts 6e | Wh man's hand uses pen to punch hole next to candidate he prefers on ballot in voting booth at polling place | John Wiley & Sons, Inc. |
| POL501DYW049 002 | | | Java for Everyone | Wh man's hand uses pen to punch hole next to candidate he prefers on ballot in voting booth at polling place | John Wiley & Sons, Inc. |
| FAM581DYW041 001 | | | Visualizing Psychology | 16 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word "more" while sitting on a blanket in their backyard, LA, CA | John Wiley & Son Canada, |
| MEN751DYW066 001 | | | Visualizing Psychology | Wh f therapist talks to irritated Wh young man during therapy session in her office, Santa Barbara, CA | John Wiley & Son Canada, |
| OBS001DYW010 001 | | | Visualizing Psychology | Overhead view of anorexic Korean teen girl standing on bathroom scale | John Wiley & Son Canada, |
| SHP161DYW027 001 | | | General, Organic, Bio- | Hisp teen boy shopping w his Wh teen m friend checks label on jeans in department store | John Wiley & Sons, Inc. |
| PEP065DYW005 007 | | | General, Organic, Bio- | Wh woman wearing red shirt pours coolant into radiator system in her car | John Wiley & Sons, Inc. |
| PEP065DYW005 007 | | | Alternate Edition Found | Wh woman wearing red shirt pours coolant into radiator system in her car | John Wiley & Sons, Inc. |
| MEN681DYW009 003 | | | Visualizing Psychology | Wh m therapist listens to Wh mom & teen son during family therapy session | John Wiley & Son Canada, |
| CHD051DYW034 001 | | | Lab Manual for Anatom | Close-up of Wh boy sticking his tongue out in anger | John Wiley & Sons, Inc. |
| YN5021DYW029 001 | | | Operations Managemen | 2 Wh young women order fast food from Taco Bell Express window at food court on campus at UCLA, Westwood, CA | John Wiley & Sons, Inc. |
| MON301DYW003 003 | | | Operations Managemen | Hisp young woman w brown backpack uses University Credit Union ATM outside | John Wiley & Sons, Inc. |
| CW2001DYW008 001 | | | Operations Managemen | Multi-ethnic gp of people waits in line to check baggage & receive boarding passes | John Wiley & Sons, Inc. |

| Code | ISBN | Title | Date | Description | Publisher |
|---|---|---|---|---|---|
| OBSS001DYW005 002 | | Health Psychology | | Overhead view of anorexic Korean teen girl standing on bathroom scale | John Wiley & Sons, Inc. |
| OBSS001DYW005 002 | | Health Psychology | | Overhead view of anorexic Korean teen girl standing on bathroom scale | John Wiley & Sons, Inc. |
| MEN651DYW009 003 | | Psychology 6e | | Wh m therapist listens to Wn mom & teen son during family therapy session | John Wiley & Sons, Inc. |
| SIG301DYW073 001 | :100375-22688843 | Management 11e | 2/23/2010 | Barrier above entrance identifies Patagonia on Main Street, SM, CA | John Wiley & Sons, Inc. |
| 39298I+008 | | | | F graduate holding degree, w arms around | John Wiley & Son Canada, |
| 873181-004 | 715S174-23988502 | | 7/16/2010 | Multi-ethnic jurors on jury box, listening to del | John Wiley & Sons/Higher |
| YNG231DYW005 001 | | | | Multi-ethnic gp of young adults play tug-of-war on grass outside, SM, CA | John Wiley & Sons, Inc. |
| JRS041DYW071 001 | | Visualizing Elementary | | 2 Hisp JH girls set up Perimeter Area And Volume science project on table at school science fair | John Wiley & Sons, Inc. |
| CHS121DYW096 001 | | Visualizing Elementary | | Empty K classroom w children's books & school supplies arranged on shelf | John Wiley & Sons, Inc. |
| CHS121DYW035 001 | | Visualizing Elementary | | Wh f K teacher wearing blue dress reads book to class sitting on floor | John Wiley & Sons, Inc. |
| CHI135DYW005 001 | | Visualizing Elementary | | Wh girl w backwards baseball cap about to bite into a hotdog w mustard | John Wiley & Sons, Inc. |
| SHP791DYW003 001 | | Fundamentals of Corpo | | Exterior of Blockbuster Video store displaying its yellow & blue sign | John Wiley & Sons, Inc. |
| YNG421DYW122 001 | | Psychology In Action | | Wh young woman does homework at home while eating McDonald's meal for dinner w books & laptop on table | John Wiley & Sons, Inc. |
| PEP565DYW002 001 | | Psychology In Action | | Wh woman bites down on pen & smiles to show relaxed facial muscles | John Wiley & Sons, Inc. |
| PEP565DYW001 001 | | Psychology In Action | | Wh woman bites down on pen & frowns to show tensed facial muscles | John Wiley & Sons, Inc. |
| MEN751DYW066 001 | | Psychology In Action | | Wh f therapist talks to Irritated Wh young man during therapy session in her office, Santa Barbara, CA | John Wiley & Sons, Inc. |
| FAM581DYW041 001 | | Psychology In Action | | 16 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word "more" while sitting on a blanket in their backyard, LA, CA | John Wiley & Sons, Inc. |
| FAM581DYW041 001 | | Psychology In Action | | 17 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word "more" while sitting on a blanket in their backyard, LA, CA | John Wiley & Sons, Inc. |
| COM565DYW136 001 | | Psychology In Action | | Computer screen shot of Monster.com home page on the Internet | John Wiley & Sons, Inc. |
| COM361DYW228 001 | | Psychology In Action | | Wh young man uses online chatroom to communicate over the Internet on his Mac computer at home | John Wiley & Sons, Inc. |
| TRA021DYW033 001 | | Principles 9e | | Overhead view of gold-colored Mustang covertible parked in driveway | John Wiley & Sons, Inc. |
| MEN751DYW066 001 | | Psychology In Action | | Wh f therapist talks to Irritated Wh young man during therapy session in her office, Santa Barbara, CA | John Wiley & Sons, Inc. |
| MEN751DYW066 001 | | Psychology In Action | | Wh f therapist talks to Irritated Wh young man during therapy session in her office, Santa Barbara, CA | John Wiley & Sons, Inc. |
| FAM581DYW041 001 | | Psychology In Action | | 16 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word "more" while sitting on a blanket in their backyard, LA, CA | John Wiley & Sons, Inc. |

| Code | Section | Description | Publisher |
|---|---|---|---|
| FAMSB1DYW041 001 | Psychology In Action | 17 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word "more" while sitting on a blanket in their backyard, LA, CA | John Wiley & Sons, Inc. |
| FAMSB1DYW041 001 | Psychology In Action | 18 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word "more" while sitting on a blanket in their backyard, LA, CA | John Wiley & Sons, Inc. |
| COM36G1DYW136 001 | Psychology In Action | Computer screen shot of Monster.com home page on the internet | John Wiley & Sons, Inc. |
| COM36G1DYW228 001 | Psychology In Action | Wh young man uses online chatroom to communicate over the Internet on his Mac computer at home | John Wiley & Sons, Inc. |
| TEN1L5D1YW038 001 | Visualizing Nutrition | 15 yr old Fijian boy wearing sunglasses, 15 yr old Bl girl w braided hair & 15 yr old Wh girl prepare to buy beverage from vending machine on school campus, SM, CA | John Wiley & Sons, Inc. |
| OBS101D1YW002 003 | Visualizing Nutrition | Bulemic Wh woman wearing sweater vest binges in private on eclairs, chips, ice cream, cookies & candy, SM, CA | John Wiley & Sons, Inc. |
| OBS001D1YW005 002 | Visualizing Nutrition | Overhead view of anorexic Korean teen girl standing on bathroom scale | John Wiley & Sons, Inc. |
| OBS001D1YW005 002 | Visualizing Nutrition | Overhead view of anorexic Korean teen girl standing on bathroom scale | John Wiley & Sons, Inc. |
| MED78SD1YW075 001 | Visualizing Nutrition | Wh m technician instructs Wh man settling into Bod Pod before beginning weighing procedure, Cal State Long Beach, LB, CA | John Wiley & Sons, Inc. |
| MED78SD1YW006 001 | Visualizing Nutrition | Wh f technician measures body fat of Wh woman using skin fat calipers | John Wiley & Sons, Inc. |
| HAN341DYW035 003 | Visualizing 2e | Multi-ethnic gp of children w Fetal Alcohol Syndrome poses for camera on ladder | John Wiley & Sons, Inc. |
| MUS401D1YW095 001 | College Algebra | Wh drum major leads Cal marching band across field before football game, UC Berkeley, CA | John Wiley & Sons, Inc. |
| FAMSB1DYW041 001 | Child Psychology 3e | 16 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word "more" while sitting on a blanket in their backyard, LA, CA | John Wiley & Sons, Inc. |
| CHI82L1DYW084 001 | Environment 8e | Cars line up on street near elem school to drop off children In morning | John Wiley & Sons, Inc. |
| CHI05D1DYW034 001 | Lab Manual for Anatom | Close-up of Wh boy sticking his tongue out In anger | John Wiley & Sons, Inc. |
| MEN191DYW005 001 | Abnormal Psychology | 8 mo old Japanese/Wh baby boy held by his Wh mom gets scared of Wh woman at door of home | John Wiley & Sons, Inc. |
| MEN121D1YW020 001 | Abnormal Psychology | Depressed Wh senior man sits at his kitchen table w his head resting on his hand | John Wiley & Sons, Inc. |
| MEN005DYW002 001 | Abnormal Psychology | Wh adult son holds glass so his senior in wheelchair who has Alzheimer's can drink through straw | John Wiley & Sons, Inc. |
| MED301DYW006 003 | Abnormal Psychology | Bl f nurse wearing latex gloves administers flu shot to Wh woman at Rite Aid, SM, CA | John Wiley & Sons, Inc. |
| HAN341DYW035 003 | Nutrition Science | Multi-ethnic gp of children w Fetal Alcohol Syndrome poses for camera on ladder | John Wiley & Son Canada, |
| MEN681DYW009 003 | Psychology by Kowalski | Wh m therapist listens to Wh mom & teen son during family therapy session | John Wiley & Sons, Inc. |

| ID | Code | Date | Category | Description | Publisher |
|---|---|---|---|---|---|
| COM361DYW163 001 | | | Psychology by Kowalski | Costa Rican/German young man writes e-mail on his iMAC computer in his dorm room at UCSD, La Jolla, CA | John Wiley & Sons, Inc. |
| SPT603DYW009 001 | | | Psychology in Action | Japanese teen girl wearing helmet, knee pads & wrist guards rides micro scooter on sidewalk near grass | John Wiley & Sons, Inc. |
| PEP56SDYW002 001 | | | Psychology in Action | Wh woman bites down on pen & smiles to show relaxed facial muscles | John Wiley & Sons, Inc. |
| PEP56SDYW001 001 | | | Psychology in Action | Wh woman bites down on pen & frowns to show tensed facial muscles | John Wiley & Sons, Inc. |
| 398B01-001 | 7573272-26498361 | 4/27/2011 | | Mature woman drinking alone in bed, television | John Wiley & Sons/Higher I |
| 879930-001 | 7586070-26571529 | 5/6/2011 | | An school bus, different views (Digital Com | John Wiley & Sons/ Trade § |
| 398B01-001 | 7631231-26795866 | 6/1/2011 | | Mature woman drinking alone in bed, television | John Wiley & Sons/Higher I |
| 200028635-004 | 7689426-27402661 | 8/9/2011 | | Gp of men, women & children smiling, port | John Wiley & Sons/Higher I |
| 200028635-004 | 7689439-27402747 | 8/9/2011 | | Gp of men, women & children smiling, port | John Wiley & Sons/Higher I |
| 879930-001 | 7702294-27511469 | 8/22/2011 | | An school bus, different views (Digital Com | John Wiley & Sons/ Trade § |
| 392981-008 | 7715348-27621799 | 9/6/2011 | | F graduate holding degree, w arms around | John Wiley & Sons/Higher I |
| 392981-008 | 7715349-27621868 | 9/6/2011 | | F graduate holding degree, w arms around | John Wiley & Sons/Higher I |
| PEP06SDYW005 007 | | | Foundations of College | Wh woman wearing red shirt pours coolant into radiator system in her car | John Wiley & Sons, Inc. |
| PEP06SDYW005 007 | | | Alternate Edition | Wh woman wearing red shirt pours coolant into radiator system in her car | John Wiley & Sons, Inc. |
| PEP06SDYW005 007 | | | Alternate Editions | Wh woman wearing red shirt pours coolant into radiator system in her car | John Wiley & Sons, Inc. |
| PEP06SDYW005 007 | | | Foundations of College | Wh woman wearing red shirt pours coolant into radiator system in her car | John Wiley & Sons, Inc. |
| MEO78SDYW006 001 | | | Nutrition: Everyday | Wh f technician measures body fat of Wh woman using skin fat callipers | John Wiley & Sons, Inc. |
| OBS001DYW005 001 | | | Nutrition: Everyday | Overhead view of anorexic Korean teen girl standing on bathroom scale | John Wiley & Sons, Inc. |
| OBS101DYW002 003 | | | Nutrition: Everyday | Bulimic Wh woman wearing sweater vest binges in private on eclairs, chips, ice cream, cookies & candy, SN, CA | John Wiley & Sons, Inc. |
| TOD36SDYW001 001 | | | Nutrition: Everyday | Hisp pre-K girl wearing red shirt brushes her teeth at bathroom sink | John Wiley & Sons, Inc. |
| PEP56SDYW002 001 | | | Psychology in Action | Wh woman bites down on pen & smiles to show relaxed facial muscles | John Wiley & Sons, Inc. |
| PEP56SDYW001 001 | | | Psychology in Action | Wh woman bites down on pen & frowns to show tensed facial muscles | John Wiley & Sons, Inc. |
| COM361DYW228 001 | | | Psychology in Action | Wh young man uses online chatroom to communicate over the Internet on his Mac computer at home | John Wiley & Sons, Inc. |
| PEP361DYW016 008 | | | Alternate to Foundation | Blond Hisp woman sitting on bed applies cream to her thighs | John Wiley & Sons, Inc. |
| PEP06SDYW007 001 | | | Alternate to Foundation | Wh woman wearing purple shirt pours anti-freeze/coolant from bottle Into radiator | John Wiley & Sons, Inc. |
| PEP56SDYW002 001 | | | Psychology Around | Wh woman bites down on pen & smiles to show relaxed facial muscles | John Wiley & Sons, Inc. |
| PEP56SDYW001 001 | | | Psychology Around | Wh woman bites down on pen & frowns to show tensed facial muscles | John Wiley & Sons, Inc. |
| FAM581DYW041 001 | | | Psychology Around | 16 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word "more" while sitting on a blanket in their backyard, LA, CA | John Wiley & Sons, Inc. |

| | | | | |
|---|---|---|---|---|
| AWD201DYW049 001 | | Psychology Around | Japanese/Wh girl places star on chart in elem school classroom, CA | John Wiley & Sons, Inc. |
| YNG72SDYW097 001 | | Personality | Wh young man looks at book while exploring interesting section of UCSD library, La Jolla, CA | John Wiley & Sons, Inc. |
| YNG571DYW037 001 | | Personality | Wh young man introduces himself to Hisp young woman at party | John Wiley & Sons, Inc. |
| PEPS65DYW002 001 | | Psychology Around | Wh woman bites down on pen & smiles to show relaxed facial muscles | John Wiley & Sons, Inc. |
| PEPS65DYW001 001 | | Psychology Around | Wh woman bites down on pen & frowns to show tensed facial muscles | John Wiley & Sons, Inc. |
| FAM581DYW041 001 | | Psychology Around | 16 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word "more" while sitting on a blanket in their backyard, LA, CA | John Wiley & Sons, Inc. |
| AWD201DYW049 001 | | Psychology Around | Japanese/Wh girl places star on chart in elem school classroom, CA | John Wiley & Sons, Inc. |
| PEPS65DYW002 001 | | Psychology Around | Wh woman bites down on pen & smiles to show relaxed facial muscles | John Wiley & Son Canada, |
| PEPS65DYW001 001 | | Psychology Around | Wh woman bites down on pen & frowns to show tensed facial muscles | John Wiley & Son Canada, |
| FAM581DYW041 001 | | Psychology Around | 16 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word "more" while sitting on a blanket in their backyard, LA, CA | John Wiley & Son Canada, |
| AWD201DYW049 001 | | Psychology Around | Japanese/Wh girl places star on chart in elem school classroom, CA | John Wiley & Son Canada, |



**EXHIBIT 2**

EXHIBIT 2

| MEN68IDYW041 001 | "Gesturing Wh middle-aged f family therapist counsels Wh couple & their sulking 13 yr old daughter & 10 yr old son sitting on a couch in her office, SM, CA" | VAu001001898 | • *Clinical Psychology* |
| MED78SDYW075 001 | "Wh m technician instructs Wh man settling into Bod Pod before beginning weighing procedure, Cal State Long Beach, LB, CA" | VAu000610112 | • *Visualizing Nutrition* |
| AWD201DYW049 001 | "Japanese/Wh girl places star on chart in elem school classroom, CA" | VAu000688623 | • *Psychology Around Us* |
| CHS12IDYW096 001 | "Empty K classroom w children's books & school supplies arranged on shelf" | VAu000653759 | • *Visualizing Elementary* |
| TEN115DYW038 001 | "15 yr old Fijian boy wearing sunglasses, 15 yr old Bl girl w braided hair & 15 yr old Wh girl prepare to buy beverage from vending machine on school campus, SM, CA" | VAu001001898 | • *Visualizing Nutrition* |

EXHIBIT 2

| Image No. | Image Caption | Registration No. | Infringing Publications |
|---|---|---|---|
| FAM581DYW041 001 | "16 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word 'more' while sitting on a blanket in their backyard, LA, CA" | VAu00677325 | • *Visualizing Psychology, 1e*<br>• *Visualizing Psychology, 2e*<br>• *Visualizing Psychology, 3e*<br>• *Psychology in Action, 7e*<br>• *Psychology in Action, 8e*<br>• *Psychology in Action, 9e*<br>• *Psychology in Action, 10e* |
| MEN751DYW066 001 | "Wh f therapist talks to irritated Wh young man during therapy session in her office, Santa Barbara, CA" | VAu00671928 | • *Visualizing Psychology, 1e*<br>• *Visualizing Psychology, 2e*<br>• *Visualizing Psychology, 3e*<br>• *Psychology in Action, 7e*<br>• *Psychology in Action, 8e*<br>• *Psychology in Action, 9e*<br>• *Psychology in Action, 10e* |
| CHI051DYW034 001 | "Culry-haired, angry Wh boy arguing w his friend sticks out his tongue" | VAu00653759 | • *Anatomy* |
| COM361DYW228 001 | "Wh young man uses online chatroom to communicate over the Internet on his Mac computer at home" | VAu00603428 | • *Psychology in Action, 7e*<br>• *Psychology in Action, 8e*<br>• *Psychology in Action, 9e*<br>• *Psychology in Action, 10e* |
| MUS401DYW095 001 | "Wh drum major leads Cal marching band across field before football game, UC Berkeley, CA" | VAu00653759 | • *College Algebra, 1e*<br>• *College Algebra, 2e*<br>• *Precalculus, 1e* |

EXHIBIT 2

| | | | |
|---|---|---|---|
| MEN191DYW005 001 | "8 mo old Japanese/Wh baby boy held by his Wh mom gets scared of Wh woman at door of home" | VAu000668441 | • *Abnormal Psychology, 9e*<br>• *Abnormal Psychology, 10e*<br>• *Abnormal Psychology, 11e*<br>• *Abnormal Psychology, 12e* |
| 865025-002 | "Woman comparing breakfast cereals in grocery st" | VAu000603428 | |
| 200167101-002 | "Mature businesswoman at construction site" | VAu000653759 | |
| CHI361DYW045 001 | "7 yr old Japanese/Wh identical twin sisters, unsure what to wear, look at their reflections in mirror while holding colorful clothes, SM, CA" | VAu000726501 | • *Early Childhood* |
| BAB521DYW025 001 | "8 mo old Japanese/Wh baby boy looks at bright yellow ball w holes while sitting on brick floor in yard outside" | VAu000668441 | • *Early Childhood* |
| HAN321DYW026 001 | "16 mo old Japanese/Wh toddler boy imitates his Wh mom signing the word 'more' while sitting on a blanket in their backyard, LA, CA" | VAu000677325 | • *Early Childhood* |
| 868110-001 | "Group portrait of teenagers (16-18) holding sch" | VAu00042454G | |

# EXHIBIT 3

Confidential and for settlement purposes only-

This information may only be shared with your counsel on a need to know basis

| FAMILY_DESC_EDITION | Print Limits | VU Photos | Photo Costs | Printed textbooks | First Print Run Textbooks | Textbook Sales Units |
|---|---|---|---|---|---|---|
| ALLEN LAB MANUAL (2) | 40,000 | 27 | $ 2,093 | 66,869 | 12,722 | 58,651 |
| BERAN CHEMISTRY (6) | 15,000 | 2 | $ 190 | 46,226 | 7,912 | 38,689 |
| BERAN CHEMISTRY (7) | 10,000 | 2 | $ 169 | 50,043 | 10,080 | 43,601 |
| BOYER BIOCHEM (3) | 20,000 | 18 | $ 1,646 | 30,484 | 7,170 | 25,640 |
| BRADY CHEMISTRY (3) | 20,000 | 2 | $ 270 | 209,127 | 14,896 | 81,458 |
| BROWN ORGANIC CHEMISTRY (3) | 30,000 | 1 | $ 203 | 52,700 | 5,832 | 48,323 |
| CUTNELL PHYSICS (5) | 50,000 | 1 | $ 160 | 203,688 | 44,450 | 162,679 |
| GROSVENOR NUTRITION (1) | 40,000 | 18 | $ 1,215 | 47,687 | 9,805 | 24,613 |
| HALLIDAY PHYSICS (6) | 100,000 | 2 | $ 334 | 627,639 | 26,116 | 577,152 |
| HALLIDAY PHYSICS (8) | 100,000 | 1 | $ 179 | 429,269 | 19,276 | 294,803 |
| HEIN CHEMISTRY (11) | 65,000 | 10 | $ 810 | 80,279 | 9,874 | 65,756 |
| HEIN CHEMISTRY (12) | 50,000 | 10 | $ 888 | 80,362 | 10,296 | 63,894 |
| HOLUM CHEMISTRY (6) | 15,000 | 1 | $ 109 | 36,674 | 15,319 | 31,838 |
| HUFFMAN PSYCHOLOGY (6) | 25,000 | 2 | $ 540 | 80,094 | 20,024 | 60,465 |
| HUFFMAN PSYCHOLOGY (7) | 40,000 | 3 | $ 203 | 103,848 | 33,872 | 82,047 |
| HUFFMAN PSYCHOLOGY (8) | 75,000 | 3 | $ 203 | 89,823 | 29,715 | 69,822 |
| KARP CELL (4) | 40,000 | 30 | $ 1,769 | 58,089 | 15,389 | 46,937 |
| KARP CELL (5) | 40,000 | 16 | $ 1,311 | 66,310 | 19,784 | 51,069 |
| KOWALSKI PSYCHOLOGY (4) | 20,000 | 1 | $ 162 | 26,794 | 12,448 | 18,774 |
| MALONE CHEMISTRY (6) | 20,000 | 1 | $ 135 | 34,321 | 10,120 | 26,844 |
| MARSH LANDSCAPE (4) | 5,000 | 1 | $ 135 | 7,788 | 5,229 | 6,441 |
| PERVIN PERSONALITY (9) | 20,000 | 1 | $ 114 | 29,931 | 6,012 | 20,758 |
| PRATT ESSENTIAL BIOCHEMISTRY (1) | 30,000 | 18 | $ 1,847 | 31,254 | 10,206 | 21,468 |
| PRUITT BIOINQUIRY (3) | 15,000 | 130 | $ 8,279 | 22,418 | 12,688 | 14,064 |
| RAVEN ENVIRONMENT (4) | 30,000 | 18 | $ 743 | 46,284 | 15,150 | 36,615 |
| SOLOMONS ORGANIC (10) | 40,000 | 2 | $ 278 | 58,868 | 10,068 | 29,262 |
| SOLOMONS ORGANIC (8) | 40,000 | 2 | $ 174 | 137,434 | 26,867 | 116,148 |
| SOLOMONS ORGANIC (9) | 40,000 | 1 | $ 81 | 114,453 | 19,440 | 69,927 |
| STRAHLER SCIENCE (2) | 15,000 | 1 | $ 135 | 28,127 | 9,900 | 21,492 |
| TORTORA IHB (6) | 30,000 | 13 | $ 1,283 | 62,804 | 9,776 | 50,900 |
| TORTORA IHB (7) | 40,000 | 2 | $ 135 | 59,609 | 13,818 | 49,915 |
| TORTORA PAP (10) | 100,000 | 35 | $ 2,850 | 364,943 | 57,481 | 337,882 |
| TORTORA PAP (11) | 100,000 | 20 | $ 2,325 | 353,794 | 66,091 | 318,093 |
| TORTORA PHA (10) | 40,000 | 26 | $ 2,565 | 51,533 | 16,340 | 40,288 |
| TORTORA PHA (2) | 30,000 | 6 | $ 1,215 | 53,511 | 14,674 | 44,707 |
| TORTORA PHA (9) | 42,000 | 22 | $ 1,985 | 53,912 | 19,988 | 41,675 |
| TREFIL PHYSICS (1) | 10,000 | 5 | $ 675 | 20,502 | 9,889 | 13,485 |
| VOET BIOCHEMISTRY (3) | 40,000 | 22 | $ 1,256 | 89,338 | 7,036 | 69,997 |
| VOET FUNDAMENTALS BIOCHEMISTRY (2) | 40,000 | 16 | $ 1,134 | 57,708 | 14,527 | 39,393 |
| TORTORA PAP (12) | 100,000 | 15 | $ 3,021 | 315,277 | 44,762 | 277,328 |

PL00033

# EXHIBIT 4


| Mail |
| Calendar |
| Contacts |
| ........ |
| **Deleted Items** (2) |
| **Drafts** [1] |
| **Inbox** (2420) |
| **Junk E-Mail** |
| **Sent Items** |
| Click to view all folders ⪢ |
| Manage Folders... |

Reply | Reply to All | Forward | Move | Delete | Close

## Photo permission request

Newman, Hilary - Hoboken

You replied on 11/2/2010 7:48 AM.

**Sent:** Tuesday, November 02, 2010 7:45 AM
**To:** louielouiep@aol.com
**Cc:** katie.walker@gettyimages.com

It has just been brought to my attention that due to an administrative oversight permission was not secured for your photo of "Dr. William Dement holding a narcoleptic dog that is awake and Dr. William Dement holding a narcoleptic dog that is asleep" in 3 Huffman titles. I am extremely sorry for this oversight. A button for the purchase order to be sent was not checked off and the error was unfortunately not caught sooner.

The titles involved are:
PSYCHOLOGY IN ACTION 8e by Karen Huffman
PSYCHOLOGY IN ACTION 9e by Karen Huffman
VISUALIZING PSYCHOLOGY, 1e by Siri Carpenter & Karen Huffman (Permission secured with Science Faction.)
VISUALIZING PSYCHOLOGY, 2e by Siri Carpenter & Karen Huffman

In all cases the image was used ½ page. World English rights would have been needed for print and electronic usage with estimated print runs under 100,000. The image had been picked up from Huffman's Living Psychology, 1e., and I guess when the data transferred over from one list to the other, the purchase order checkmark was dropped.

We usually purchase your photos from Getty and I noticed that they have a very similar photo on their website. Moving forward for all upcoming editions, we plan to use the Getty photo because they are one of our preferred vendors. Would it be possible for them to grant us the license retroactively? Cc'ing Katie Walker, our Getty rep., on this email to see if that might be a possibility and one that is agreeable with you as well.

I am a very big fan of your work and I deeply regret having to have to contact you for this reason. Usually, our department is very careful with permissions, as Katie can attest, but as in this case shows, mistakes do happen on occasion and we try to rectify them as soon as possible.

I will give you a call about this matter as well.

Many thanks for your help.

Best-
Hilary


Hilary Newman
Manager, Photo Department
Creative Services
John Wiley & Sons
111 River Street
Hoboken, New Jersey 07030
Tel: 201-748-6733
Fax: 201-748-6664
email: hnewman@wiley.com

John Wiley & Sons, Inc.
*Publishers Since 1807*


WILEY

111 River Street
Hoboken, NJ 07030-5774
www.wiley.com
TEL 201.748.6797
FAX 201.748.6500
E-MAIL mdanzilo@wiley.com

Maria A. Danzilo
*Legal Director*

**CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY.**

December 16, 2010

Dan Nelson
Nelson & McCulloch LLP
The Chrysler Building
405 Lexington Avenue
26th Floor
New York, NY 10174

### RE:   Louis Psihoyos

Dear Mr. Nelson,

This is in response to your letter of November 2, 2010 and will follow up on my email dated December 2, 2010.

As you are aware, we discovered that two Louis Psihoyos photographs (William Dement holding narcoleptic dog awake and asleep) were used in three of our publications without permission. We contacted Mr. Psihoyos for permission on November 2nd, 2010, a day after our discovery. The titles involved are **Psychology In Action** 8e and 9e by Karen Huffman and **Visualizing Psychology**, 2e by Siri Carpenter & Karen Huffman.

Upon your request for detail of all Psihoyos photos in our titles, we discovered that we did not receive an invoice for two photographs that were used in Merali, **Visualizing Earth Science**, 1e. The photographs are of the Dinamation exhibit at the Museum of Natural History, Cincinnati, OH, and of an 8-foot long nesting dinosaur wrapped around at least 20 eggs. A purchase order had been sent to Mr. Psihoyos for use of these photos, but we did not hear back from Mr. Psihoyos.

Further detail on all uses we were able to identify of photographs by Mr. Psihoyos in Wiley publications is attached.

We regret these inadvertent oversights and we are prepared to pay a reasonable retroactive license fee for all uses beyond what is licensed. Wiley admires greatly Mr. Psihoyos' work and would like to continue to purchase his imagery in the future. I look forward to hearing from you

at your earliest convenience to discuss this matter. This letter is without prejudice to any of our rights, all of which are reserved.

Yours sincerely,

Maria Danzilo

MD/tg

Enclosure

CONFIDENTIAL AND PRIVILEGED FOR SETTLEMENT PURPOSES ONLY.

RE:    Louis Psihoyos photographs

<u>Background</u>

On November 1, 2010 we discovered, that two of Louis Psihoyos' photos (William Dement holding narcoleptic dog awake and asleep) were used in three of the following publications without permission. We contacted the photographer on November 2, 2010, to rectify the situation in accordance with industry practice.  Mr. Psihoyos engaged his counsel to respond to our letter to him, and in response to counsel's letter, we prepared the following information:

- The photos were first licensed for **Living Psychology** 1e, by Karen Huffman, ©2006.
  (Note: Licensed 2/19/04 from Louis Psihoyos.  Rights granted: North American, 40,000, plus e-book.)

  **Living Psychology**, pub 12/21/2004 – printed 27681
  Book Blocks — printed 1550
  BRV - printed 503
  Comp Version – printed 2840


- The photos were then picked up for **Psychology In Action**, 8e, by Karen Huffman, ©2006.
  Inadvertently, the purchase order check box in our database system was not checked off and as a result the standard permission request was not sent to the photographer.

  Huffman 8e – pub 12/14/05 – total printed 70,998
  Huffman 8e BRV - 7/6/06 - total printed 4, 687


- The photos were reused in **Psychology In Action**, 9e., by Karen Huffman, ©2009.
  Inadvertently, the purchase order check box in our database system was not checked off and as a result the standard permission request was not sent to the photographer.

  Huffman 9e pub 11/04/08 - printed 49,613
  Huffman 9e BRV – pub – 11/12/08 –printed 19,031
  Huffman Book blocks – pub 11/04/08 –printed - 13,042


- The photos were reused in **Visualizing Psychology**, 1e, by Siri Carpenter and Karen Huffman, ©2008.  Wiley paid Science Faction for this permission.  Image licensed 1/31/2007.

  (Note: Rights granted from Science Faction on 1/31/2007 for USA and Canada, up to 40,000, "inside" and "ancillary", which includes e-book/web.  Duration of license is until 1/29/2014.)

  **Visualizing Psychology**, 1e- pub 1/9/07 – printed – 36,202
  **Visualizing Psychology**, 1e BRV - pub – 12/13/07 - printed 7298


- The photos were reused in **Visualizing Psychology**, 2e, by Siri Carpenter & Karen Huffman, © 2010.  A purchase order was sent to Louie Psihoyos, but Wiley never received a response.

  The purchase order requested "main text and eBook/web/all manner of media/includes ISV/life of the edition".

1

**Visualizing Psychology,** 2e - pub 10/5/09 - total printed - 15,737
**Visualizing Psychology,** 2e BRV- pub– 10/7/09 -- bound 6300
**Visualizing Psychology,** 2e Book blocks -- printed 3325


Other Photos

Two Psihoyos photos were used in Merali, Visualizing, 1e. The photos are "Dinamation exhibit at the Museum of Natural History, Cincinnati, OH" and "8-foot long nesting dinosaur wrapped around at least 20 eggs". A purchase order was sent to Psihoyos, but we never received a response. The purchase order requested "main text and eBook/web/ 40,000 print run. We did not exceed this print run.

Merali, **Visualizing Earth Science,** 1e- Pub 12/12/08- printed 8584
Merali BRV- Pub 9/15/09- printed 3225
Merali Book block- 950


- Three Psihoyos' photos were used in Murck, **Geology Today,** 1e, ©1999. These photos were licensed by Matrix on 11/20/98. Matrix is now out of business. Our database shows payment was made to Matrix for the uses of all three photos-- $1400 on 11/20/1998. The print run was not exceeded.

We also cleared permission for an image manager CD to accompany Murck, **Geology Today,** 1e, and we requested North American language rights with print runs under 2500. Only one Psihoyos' image was planned to be used on the CD (8-foot long nesting dinosaur wrapped around at least 20 eggs) and we paid Matrix $75 for this usage. The photo was not used in the CD.

Murck, **Geology Today,** 1e- Pub 12/8/98- printed 18,821

- Two photos (Dinamation exhibit at the Museum of Natural History, Cincinnati, OH, and 8-foot long nesting dinosaur wrapped around at least 20 eggs) were picked up for Murck, **Visualizing Geography,** 1e, ©2007. Permission granted through Science Faction. Licensed 1/31/2007. (Note: Rights granted up to 40,000, USA territory, print and ancillary. We had requested North American rights with estimated print run under 40,000, main text and e-book/web. License is up to seven years. Expires 1/29/2014.) Also used was a photo of fossilized dinosaur tracks, but the image came from NGS and permission was secured through them.

Murck, **Visualizing Geology,** 1e- Pub 1/16/07- printed 21739
Murck, **Visualizing BRV,** 1e- Pub 1/3/08- printed 1067


- Three photos (Dinamation exhibit at the Museum of Natural History, Cincinnati, OH; 8-foot long nesting dinosaur wrapped around at least 20 eggs; Fossilized dinosaur tracks) were reused in Murck – **Visualizing Geography** 2e, ©2009. Permission granted by Science Faction. We did not exceed the print run.

(Note: Rights granted for print and electronic, worldwide. Doesn't state print run on invoice but we requested World English rights with estimated print runs under 40,000. License is for 7 years. Expires 3/23/2016.)

Murck, **Visualizing Geography**, 2e- Pub 2/5/09- printed 10,279
Murck, **Visualizing BRV**- Pub 2/5/09- printed 2623.

- Two photos were picked up for Merali – **Visualizing Earth Science** 1e., ©2009. (Dinamation exhibit at the Museum of Natural History, Cincinnati, OH, and 8-foot long nesting dinosaur wrapped around at least 20 eggs) and were not licensed. Purchase order was sent to Louis Psihoyos but we received no response. We licensed the fossilized dinosaur tracks photo from NGS on 12/30/2008.

  Merali, **Visualizing Earth Science**, 1e- Pub 12/12/08- printed 8584
  Merali, **Visualizing BRV**- Pub 12/29/08- printed 1597

We requested world English language rights with estimated print runs under 40,000 for print and e-book/web. We did not exceed the print run.

# John Wiley & Sons, Inc.
*Publishers Since 1807*



WILEY

111 River Street
Hoboken, NJ 07030-5774
www.wiley.com

TEL 201.748.6797
FAX 201.748.6500
E-MAIL mdanzilo@wiley.com

Maria A. Danzilo
*Legal Director*

## CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY.

December 16, 2010

Dan Nelson
Nelson & McCulloch LLP
The Chrysler Building
405 Lexington Avenue
26th Floor
New York, NY 10174

RE:   **Science Factions**

Dear Mr. Nelson,

This is in response to your letter of November 2, 2010 and will follow up on my email dated December 2, 2010.

Attached is the audit report requested in by your letter. As you will see, all photos that we have been able to identify from Science Faction have been used within the scope of licenses granted by Science Faction, with the exception of one photo that was used in Cutnell, Physics, 8e. The license was for 100,000 units, and our records show 127,376 copies were printed.

We regret that this oversight has occurred, and we are prepared to pay a reasonable retroactive license fee based upon the earlier license fee for this title. We have a preferred vendor agreement in place with Science Faction, and would like to continue to expand our business with them.

I look forward to hearing from you at your earliest convenience to discuss this matter. This letter is without prejudice to any of our rights, all of which are reserved.

Yours sincerely,

*Maria Danzilo*

Maria Danzilo

MD/tg

Enclosure

CONFIDENTIAL AND PRIVILEGED FOR SETTLEMENT PURPOSES ONLY.

RE:     Science Factions

Wiley's photo programs with Science Faction Images

• Babcock, **Visualizing Earth History**, 1e- 2 photos used. Licensed 11/3/2008.

(Note: Rights granted for book and electronic use up to 40,000, for 5 years. Expires 11/2/2013.)
Babcock, **Visualizing Earth History**, 1e, Pub 10/6/08– printed 7126
Babcock, **Visualizing BRV**, Pub 10/6/08– printed 1641

• Black, **Microbiology**, 7e - 1 photo used- Licensed 9/28/2007

(Note: Rights granted for book and electronic use up to 100,000. Invoice actually says 10K, but it's a
typo. License fees for a 100k print run were paid in accordance with the Science Faction agreement in
place at that time. License is for 7 years. Expires 9/26/2007. Thus this is a typo and a corrected license
will be obtained.)

Black, **Microbiology**, 7e - Pub 12/11/07 - printed 34,943
Black, **Microbiology** BRV - Pub 12/14/07 - printed 11,147
Black, **Microbiology**, 7e, ISV - Pub 2/25/08 - printed 13,720

• Cutnell, **PHYSICS**, 8e- i photo used- Licensed 11/3/2008

(Note: Rights granted for book and electronic use worldwide up to 100,000 for five years. Expires
11/2/2013.)

Cutnell, **PHYSICS**, 8e- Pub 12/1708- printed 42,353
Cutnell, **BRV**- Pub 12/18/08- printed 22,385
Cutnell, **V1**- Pub 10/20/08- printed 27,829
Cutnell, **V2**- Pub 1/5/09- printed 14,809
Cutnell, **ISV**- Pub 3/31/09- printed 20,000

Print run exceeded (Total 127,376)

• Murck, **Visualizing Geology**, 2e. - 3 photos used. - Licensed 3/25/2009.

(Note: Rights granted for print and electronic, worldwide. Doesn't state print run on invoice but we
requested World English rights with estimated print runs under 40,000. License is for 7 years. Expires
3/23/2016.)

Murck, **Visualizing Geography**, 2e- Pub 2/5/09- printed 10,279
Murck, **Visualizing BRV**- Pub 2/5/09- printed 2623.

Murck, **Visualizing Geology**, 1e – 2 photos used. Licensed 1/31/2007

(Note: Rights granted up to 40,000, USA territory, print and ancillary. We had requested North American
rights with estimated print run under 40,000, main text and e-book/web. License is up to seven years.
Expires 1/29/2014.)

Murck, **Visualizing Geology**, 1e- Pub 1/16/07 (OP 3//21010) - printed 21,739
Murck, **Visualizing BRV**- Pub 1/3/08 (OP 3/2010) - printed 1067

1

•Raven, **Environment**, 7e- 1 photo used. Licensed 6/29/09.

(Note: Rights granted print and electronic, main text e-book/web, worldwide, up to 7 years.  Expires 6/27/2016.)

Raven, **Environment**, 7e- Pub 9/15/09- printed 21,024
Raven, BRV- Pub 9/15/09- printed 3225

| From: | Aggarwal, Ashima - Hoboken |
|-------|---------------------------|
| To: | Kevin P. McCulloch |
| Cc: | dnelson@nelsonmcculloch.com; Barker, Joseph - Hoboken |
| Subject: | RE: Psihoyos case |
| Date: | Monday, June 27, 2011 10:20:39 AM |

Kevin,

As requested, Wiley will stipulate to the following:

1.  Unauthorized copying of the Narcoleptic Dog Awake and Asleep photographs in these books: Visualizing Psychology, 2e; Psychology in Action, 8E; and Psychology in Action 9E.

2.  Unauthorized copying of Dinamation exhibit and 8 foot long nesting dinosaur wrapped around eggs in Visualizing Earth Science, 1e.

3.  Printing units in excess of the print runs designated in the licenses for Physics, 8E (Enormous Triceratops Skeleton) and Visualizing Psychology 1E (Narcoleptic Dog awake and asleep).

I cannot stipulate to Mr. Psihoyos's ownership of a valid copyright in any of the photographs referenced above. I have reviewed the discovery provided and understand that more discovery is scheduled to arrive at our office today. I will review and advise if Wiley will change its position on this.

Regards,
Ashima

Ashima Aggarwal
Attorney
John Wiley & Sons, Inc.
111 River Street
Hoboken, NJ 07030-5774
Phone: (201) 748-6446
Fax: (201) 748-6500
Email: aaggarwa@wiley.com

This message and any files transmitted with it may contain privileged, confidential and/or proprietary information. It is intended solely for the individual or entity named above. Unauthorized use of these materials is strictly prohibited. If you have received this message in error, please immediately contact the sender by replying to this message and delete the original message. Thank you.

**From:** Kevin P. McCulloch [mailto:kmcculloch@nelsonmcculloch.com]
**Sent:** Tuesday, June 07, 2011 5:49 PM
**To:** Aggarwal, Ashima - Hoboken; Barker, Joseph - Hoboken
**Cc:** dnelson@nelsonmcculloch.com; 'Kevin P. McCulloch'
**Subject:** RE: Psihoyos/Cole cases

Counsel,

Because we were unable to reach a settlement in the Psihoyos case, I am writing to follow up on the issue I raised in my email below.  Please see the attached correspondence.

Regards,

**Kevin P. McCulloch**
Attorney at Law
Nelson & McCulloch LLP
The Chrysler Building
405 Lexington Avenue, 26th Floor
New York, New York 10174

Main:   (212) 907-6677
Direct: (646) 704-2278
Fax:     (646) 308-1178

kmcculloch@nelsonmcculloch.com
www.nelsonmcculloch.com


CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDERAPPLICABLE LAW.  If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Nelson & McCulloch LLP immediately and delete this message from your system.


---

**From:** Kevin P. McCulloch [mailto:kmcculloch@nelsonmcculloch.com]
**Sent:** Friday, May 20, 2011 12:49 PM
**To:** 'Aggarwal, Ashima - Hoboken'; 'Barker, Joseph - Hoboken'
**Cc:** 'dnelson@nelsonmcculloch.com'
**Subject:** Psihoyos/Cole cases

Counsel

I am writing to see whether Wiley is willing to discuss settlement of the claims asserted in both the Psihoyos and Cole cases.  In both cases, Wiley's liability is evident, so we see no reason to continue to devote unnecessary time and resources to these matters if we can reach a settlement.  Please let us know.

If Wiley is not interested in discussing settlement or we cannot reach a mutually agreeable settlement, we would request that Wiley immediately accept and acknowledge liability in both actions so that we do not need to devote any further time and resources litigating that

issue and instead can proceed directly to the damages inquiry.

We are available to discuss these matters at your convenience.

Regards,

**Kevin P. McCulloch**
Attorney at Law
Nelson & McCulloch LLP
The Chrysler Building
405 Lexington Avenue, 26th Floor
New York, New York 10174

Main:   (212) 907-6677
Direct: (646) 704-2278
Fax:    (646) 308-1178

kmcculloch@nelsonmcculloch.com
www.nelsonmcculloch.com


CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY
FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED
AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR
EXEMPT FROM DISCLOSURE UNDERAPPLICABLE LAW.  If the reader of this
transmission is NOT the intended recipient, or the employee or agent responsible to deliver it
to the intended recipient, you are hereby notified that any dissemination, distribution or
copying of this communication is strictly prohibited. If you have received this
communication in error, please notify Nelson & McCulloch LLP immediately and delete this
message from your system.

# EXHIBIT 5

# John Wiley & Sons, Inc.
*Publishers Since 1807*


WILEY

111 River Street
Hoboken, NJ 07030-5774
www.wiley.com
TEL 201.748.6797
FAX 201.748.6500
E-MAIL mdanzilo@wiley.com

Maria A. Danzilo
*Legal Director*

## CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY.

December 16, 2010

Dan Nelson
Nelson & McCulloch LLP
The Chrysler Building
405 Lexington Avenue
26th Floor
New York, NY 10174

RE:   Louis Psihoyos

Dear Mr. Nelson,

This is in response to your letter of November 2, 2010 and will follow up on my email dated December 2, 2010.

As you are aware, we discovered that two Louis Psihoyos photographs (William Dement holding narcoleptic dog awake and asleep) were used in three of our publications without permission. We contacted Mr. Psihoyos for permission on November 2nd, 2010, a day after our discovery. The titles involved are **Psychology In Action** 8e and 9e by Karen Huffman and **Visualizing Psychology**, 2e by Siri Carpenter & Karen Huffman.

Upon your request for detail of all Psihoyos photos in our titles, we discovered that we did not receive an invoice for two photographs that were used in Merali, **Visualizing Earth Science**, 1e. The photographs are of the Dinamation exhibit at the Museum of Natural History, Cincinnati, OH, and of an 8-foot long nesting dinosaur wrapped around at least 20 eggs. A purchase order had been sent to Mr. Psihoyos for use of these photos, but we did not hear back from Mr. Psihoyos.

Further detail on all uses we were able to identify of photographs by Mr. Psihoyos in Wiley publications is attached.

We regret these inadvertent oversights and we are prepared to pay a reasonable retroactive license fee for all uses beyond what is licensed. Wiley admires greatly Mr. Psihoyos' work and would like to continue to purchase his imagery in the future. I look forward to hearing from you

at your earliest convenience to discuss this matter.  This letter is without prejudice to any of our rights, all of which are reserved.

Yours sincerely,

Maria Danzilo

MD/tg

Enclosure

CONFIDENTIAL AND PRIVILEGED FOR SETTLEMENT PURPOSES ONLY.

RE:     Louis Psihoyos photographs

Background

On November 1, 2010 we discovered, that two of Louis Psihoyos' photos (William Dement holding narcoleptic dog awake and asleep) were used in three of the following publications without permission. We contacted the photographer on November 2, 2010, to rectify the situation in accordance with industry practice.  Mr. Psihoyos engaged his counsel to respond to our letter to him, and in response to counsel's letter, we prepared the following information:

- The photos were first licensed for **Living Psychology** 1e, by Karen Huffman, ©2006. (Note: Licensed 2/19/04 from Louis Psihoyos.  Rights granted: North American, 40,000, plus e-book.)

  **Living Psychology**, pub 12/21/2004 – printed 27681
  Book Blocks — printed 1550
  BRV - printed 503
  Comp Version – printed 2840


- The photos were then picked up for **Psychology In Action**, 8e, by Karen Huffman, ©2006. Inadvertently, the purchase order check box in our database system was not checked off and as a result the standard permission request was not sent to the photographer.

  Huffman 8e – pub 12/14/05 – total printed 70,998
  Huffman 8e BRV - 7/6/06 - total printed 4, 687


- The photos were reused in **Psychology In Action**, 9e., by Karen Huffman, ©2009. Inadvertently, the purchase order check box in our database system was not checked off and as a result the standard permission request was not sent to the photographer.

  Huffman 9e pub 11/04/08 - printed 49,613
  Huffman 9e BRV – pub – 11/12/08 –printed 19,031
  Huffman Book blocks – pub 11/04/08 –printed - 13,042


- The photos were reused in **Visualizing Psychology**, 1e, by Siri Carpenter and Karen Huffman, ©2008.  Wiley paid Science Faction for this permission.  Image licensed 1/31/2007.

  (Note: Rights granted from Science Faction on 1/31/2007 for USA and Canada, up to 40,000, "inside" and "ancillary", which includes e-book/web.  Duration of license is until 1/29/2014.)

  **Visualizing Psychology**, 1e- pub 1/9/07 – printed – 36,202
  **Visualizing Psychology**, 1e BRV - pub – 12/13/07 - printed 7298


- The photos were reused in **Visualizing Psychology**, 2e, by Siri Carpenter & Karen Huffman, © 2010.  A purchase order was sent to Louie Psihoyos, but Wiley never received a response.

  The purchase order requested "main text and eBook/web/all manner of media/includes ISV/life of the edition".

1

**Visualizing Psychology,** 2e - pub 10/5/09 - total printed - 15,737
**Visualizing Psychology,** 2e BRV- pub– 10/7/09 -- bound 6300
**Visualizing Psychology,** 2e Book blocks -- printed 3325


Other Photos

Two Psihoyos photos were used in Merali, Visualizing, 1e. The photos are "Dinamation exhibit at the Museum of Natural History, Cincinnati, OH" and "8-foot long nesting dinosaur wrapped around at least 20 eggs". A purchase order was sent to Psihoyos, but we never received a response. The purchase order requested "main text and eBook/web/ 40,000 print run. We did not exceed this print run.

Merali, **Visualizing Earth Science,** 1e- Pub 12/12/08- printed 8584
Merali BRV- Pub 9/15/09- printed 3225
Merali Book block- 950


- Three Psihoyos' photos were used in Murck, **Geology Today,** 1e, ©1999. These photos were licensed by Matrix on 11/20/98. Matrix is now out of business. Our database shows payment was made to Matrix for the uses of all three photos-- $1400 on 11/20/1998. The print run was not exceeded.

We also cleared permission for an image manager CD to accompany Murck, **Geology Today,** 1e, and we requested North American language rights with print runs under 2500. Only one Psihoyos' image was planned to be used on the CD (8-foot long nesting dinosaur wrapped around at least 20 eggs) and we paid Matrix $75 for this usage. The photo was not used in the CD.

Murck, **Geology Today,** 1e- Pub 12/8/98- printed 18,821

- Two photos (Dinamation exhibit at the Museum of Natural History, Cincinnati, OH, and 8-foot long nesting dinosaur wrapped around at least 20 eggs) were picked up for Murck, **Visualizing Geography,** 1e, ©2007. Permission granted through Science Faction. Licensed 1/31/2007. (Note: Rights granted up to 40,000, USA territory, print and ancillary. We had requested North American rights with estimated print run under 40,000, main text and e-book/web. License is up to seven years. Expires 1/29/2014.) Also used was a photo of fossilized dinosaur tracks, but the image came from NGS and permission was secured through them.

Murck, **Visualizing Geology,** 1e- Pub 1/16/07- printed 21739
Murck, **Visualizing BRV,** 1e- Pub 1/3/08- printed 1067


- Three photos (Dinamation exhibit at the Museum of Natural History, Cincinnati, OH; 8-foot long nesting dinosaur wrapped around at least 20 eggs; Fossilized dinosaur tracks) were reused in Murck – **Visualizing Geography** 2e, ©2009. Permission granted by Science Faction. We did not exceed the print run.

(Note: Rights granted for print and electronic, worldwide. Doesn't state print run on invoice but we requested World English rights with estimated print runs under 40,000. License is for 7 years. Expires 3/23/2016.)

Murck, **Visualizing Geography**, 2e- Pub 2/5/09- printed 10,279
Murck, **Visualizing BRV**- Pub 2/5/09- printed 2623.

- Two photos were picked up for Merali – **Visualizing Earth Science** 1e., ©2009. (Dinamation exhibit at the Museum of Natural History, Cincinnati, OH, and 8-foot long nesting dinosaur wrapped around at least 20 eggs) and were not licensed. Purchase order was sent to Louis Psihoyos but we received no response. We licensed the fossilized dinosaur tracks photo from NGS on 12/30/2008.

  Merali, **Visualizing Earth Science**, 1e- Pub 12/12/08- printed 8584
  Merali, **Visualizing BRV**- Pub 12/29/08- printed 1597

We requested world English language rights with estimated print runs under 40,000 for print and e-book/web. We did not exceed the print run.

# EXHIBIT 6

# John Wiley & Sons, Inc.
*Publishers Since 1807*



111 River Street
Hoboken, NJ 07030-5774
www.wiley.com

**WILEY**   TEL 201.748.6797
FAX 201.748.6500
E-MAIL mdanzilo@wiley.com

Maria A. Danzilo
*Legal Director*

## CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY.

December 16, 2010

Dan Nelson
Nelson & McCulloch LLP
The Chrysler Building
405 Lexington Avenue
26th Floor
New York, NY 10174

RE:   **Science Factions**

Dear Mr. Nelson,

This is in response to your letter of November 2, 2010 and will follow up on my email dated December 2, 2010.

Attached is the audit report requested in by your letter. As you will see, all photos that we have been able to identify from Science Faction have been used within the scope of licenses granted by Science Faction, with the exception of one photo that was used in Cutnell, Physics, 8e. The license was for 100,000 units, and our records show 127,376 copies were printed.

We regret that this oversight has occurred, and we are prepared to pay a reasonable retroactive license fee based upon the earlier license fee for this title. We have a preferred vendor agreement in place with Science Faction, and would like to continue to expand our business with them.

I look forward to hearing from you at your earliest convenience to discuss this matter. This letter is without prejudice to any of our rights, all of which are reserved.

Yours sincerely,

Maria Danzilo

MD/tg

Enclosure

CONFIDENTIAL AND PRIVILEGED FOR SETTLEMENT PURPOSES ONLY.

RE:     Science Factions

Wiley's photo programs with Science Faction Images

• Babcock, **Visualizing Earth History**, 1e- 2 photos used. Licensed 11/3/2008.

(Note: Rights granted for book and electronic use up to 40,000, for 5 years.  Expires 11/2/2013.)
Babcock, **Visualizing Earth History**, 1e, Pub 10/6/08– printed 7126
Babcock, **Visualizing BRV**, Pub 10/6/08– printed 1641

• Black, **Microbiology**, 7e - 1 photo used- Licensed 9/28/2007

(Note: Rights granted for book and electronic use up to 100,000.  Invoice actually says 10K, but it's a typo.  License fees for a 100k print run were paid in accordance with the Science Faction agreement in place at that time.  License is for 7 years.  Expires 9/26/2007.  Thus this is a typo and a corrected license will be obtained.)

Black, **Microbiology**, 7e - Pub 12/11/07 - printed 34,943
Black, **Microbiology BRV** - Pub 12/14/07 - printed 11,147
Black, **Microbiology**, 7e, ISV - Pub 2/25/08 - printed 13,720

• Cutnell, **PHYSICS**, 8e- i photo used- Licensed 11/3/2008

(Note: Rights granted for book and electronic use worldwide up to 100,000 for five years.  Expires 11/2/2013.)

Cutnell, **PHYSICS**, 8e- Pub 12/1708- printed 42,353
Cutnell, **BRV**- Pub 12/18/08- printed 22,385
Cutnell, **V1**- Pub 10/20/08- printed 27,829
Cutnell, **V2**- Pub 1/5/09- printed 14,809
Cutnell, **ISV**- Pub 3/31/09- printed 20,000

Print run exceeded (Total 127,376)

• Murck, **Visualizing Geology**, 2e. - 3 photos used. - Licensed 3/25/2009.

(Note: Rights granted for print and electronic, worldwide.  Doesn't state print run on invoice but we requested World English rights with estimated print runs under 40,000.  License is for 7 years.  Expires 3/23/2016.)

Murck, **Visualizing Geography**, 2e- Pub 2/5/09- printed 10,279
Murck, **Visualizing BRV**- Pub 2/5/09- printed 2623.

Murck, **Visualizing Geology**, 1e – 2 photos used. Licensed 1/31/2007

(Note: Rights granted up to 40,000, USA territory, print and ancillary.  We had requested North American rights with estimated print run under 40,000, main text and e-book/web.  License is up to seven years.  Expires 1/29/2014.)

Murck, **Visualizing Geology**, 1e- Pub 1/16/07 (OP 3//21010) - printed 21,739
Murck, **Visualizing BRV**- Pub 1/3/08 (OP 3/2010) - printed 1067

•Raven, **Environment**, 7e- 1 photo used. Licensed 6/29/09.

(Note: Rights granted print and electronic, main text e-book/web, worldwide, up to 7 years. Expires 6/27/2016.)

Raven, **Environment**, 7e- Pub 9/15/09- printed 21,024
Raven, BRV- Pub 9/15/09- printed 3225

# EXHIBIT 7

Ashima Aggarwal
aaggarwa@wiley.com
Joseph J. Barker
jobarker@wiley.com
John Wiley & Sons, Inc.
111 River Street
Hoboken, New Jersey 07030
Telephone: (201) 748-7862
Fax: (201) 748-6500

*Attorneys for Defendant*
*John Wiley & Sons, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS PSIHOYOS, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN WILEY & SONS, INC., <br><br> Defendant | ) Case No.: 11-CV-1416 (JSR) <br> ) <br> ) Hon. Jed S. Rakoff <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST

## SET OF REQUESTS FOR ADMISSIONS

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York, John Wiley & Sons, Inc. ("Wiley") hereby responds to the first requests for admissions (the "Admissions Requests") served by Plaintiff Louis Psihoyos ("Plaintiff").

## PRELIMINARY STATEMENT

Wiley has not yet completed its investigation and discovery regarding the factual and legal bases of this dispute. All of the responses contained herein are based only upon information and documentation presently and specifically known to the Wiley. Accordingly, Wiley reserves the right to modify, amend, or expand upon its responses herein to reflect any additional information that is subsequently discovered.

## GENERAL OBJECTIONS

The following general objections (the "General Objections") apply to, and are hereby incorporated by reference into, each response to each of the Admissions Requests. Wiley not expressly repeating the General Objections in each response shall not be deemed a waiver thereof. Wiley's specification of one or more objections, including any General Objections, in any given response does not preclude the applicability of any General Objection to such response.

1.      Wiley objects to the Admissions Requests to the extent they purport to impose obligations of disclosure beyond those required by, or otherwise deviate from, the Federal Rules of Civil Procedure ("FRCP") or applicable court order.

2.      Wiley objects to the Admissions Requests to the extent they seek disclosure of materials prepared for or in anticipation of litigation or protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege, immunity, statute, regulation, rule or court order. The inadvertent production of any such protected materials shall not be deemed to be a waiver of any applicable privilege with respect to such materials or any information produced by Wiley.

3.      Wiley objects to the Admissions Requests to the extent they seek materials that are not relevant to the issues of law and fact in this proceeding or are not reasonably calculated to lead to the discovery of admissible evidence.

4.      Wiley objects to the Admissions Requests to the extent they are overbroad, oppressive, unduly burdensome, or irrelevant.

5.      Wiley objects to the Admissions Requests to the extent they are vague, ambiguous, confusing, or incomprehensible.

6.      Wiley objects to the Admissions Requests to the extent they (i) assume the truth of facts not proven or facts not in evidence, (ii) characterize facts, circumstances, claims or defenses underlying the Action, or (iii) use vague, ambiguous, undefined or argumentative terms. By making these responses and by producing documents, Wiley does not concede the accuracy of any assertions, implications or suppositions underlying the Admissions Requests or Plaintiff's filings in this proceeding.

7.      Wiley neither waives nor intends to waive, but expressly reserves, any and all objections to the relevance, competence, susceptibility to discovery, materiality or admissibility of any documents produced or information provided or documents referenced in these responses.

8.      Wiley objects to disclosure of any materials falling within any of these General Objections or any objections set forth below, and in the event any documents falling within one or more of such objections are produced, such production is inadvertent and shall not constitute a waiver of any objection.

9.      Wiley objects to the Admissions Requests to the extent that they request information from separate entities that are not parties to this litigation.

10.    Wiley reserves the right to amend, modify and supplement these responses as appropriate, including on the basis of further information acquired in Wiley's ongoing inquiry and the parties' discovery in this action.  Wiley further reserves the right to introduce into evidence in this action materials in addition to the documents produced in response to the Admissions Requests.

## RESPONSES TO REQUESTS

REQUEST FOR ADMISSION 1: Admit that Defendant published Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Psychology in Action*, 8e" by Karen Huffman.

<u>Response</u>

Admit that Wiley published photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled "*Psychology in Action*, 8e" by Karen Huffman and deny the remaining allegations in Request for Admission 1.

REQUEST FOR ADMISSION 2: Admit that Defendant never obtained a license to publish Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Psychology in Action*, 8e."

<u>Response</u>

Admit that Wiley did not obtain a license to publish the photographs "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Psychology in Action*, 8e" and deny the remaining allegations in Request for Admission 2.

REQUEST FOR ADMISSION 3: Admit that Defendant published Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Psychology in Action*, 8e BRV" by Karen Huffman.

<u>Response</u>

Admit that Wiley published photographs entitled "William Dement holding narcoleptic dog awake and asleep" in "*Psychology in Action*, 8e BRV" by Karen Huffman and deny the remaining allegations in Request for Admission 3.

REQUEST FOR ADMISSION 4: Admit that Defendant never obtained a license to publish Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Psychology in Action*, 8e BRV."

<u>Response</u>

Admit that Wiley did not obtain a license to publish the photographs "William Dement holding narcoleptic dog awake and asleep" in a publication referred to as "*Psychology in Action*, 8e BRV" and deny the remaining allegations in Request for Admission 4.

REQUEST FOR ADMISSION 5: Admit that Defendant published Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Psychology in Action*, 9e" by Karen Huffman.

<u>Response</u>

Admit that Wiley published photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled "*Psychology in Action*, 9e" by Karen Huffman and deny the remaining allegations in Request for Admission 5.

REQUEST FOR ADMISSION 6: Admit that Defendant never obtained a license to publish Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Psychology in Action*, 9e."

<u>Response</u>

Admit that Wiley did not obtain a license to publish the photographs "William Dement holding narcoleptic dog awake and asleep" in a publication entitled "*Psychology in Action*, 9E" and deny the remaining allegations in Request for Admission 6.

REQUEST FOR ADMISSION 7: Admit that Defendant published Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Huffman Book blocks*."

<u>Response</u>

Admit that Wiley published photographs entitled "William Dement holding narcoleptic dog awake and asleep" in printings of "*Huffman Psychology in Action 9E Book blocks*" and deny the remaining allegations in Request for Admission 7.

REQUEST FOR ADMISSION 8: Admit that Defendant never obtained a license to publish Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Huffman Book blocks*"

<u>Response</u>

Admit that Wiley did not obtain a license to publish the photographs "William Dement holding narcoleptic dog awake and asleep" in "*Huffman Psychology in Action 9E book blocks*" and deny the remaining allegations in Request for Admission 8.

REQUEST FOR ADMISSION 9: Admit that Defendant published Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Psychology in Action*, 9e BRV" by Karen Huffman.

<u>Response</u>

Admit that Wiley published photographs entitled "William Dement holding narcoleptic dog awake and asleep" in printings of *Psychology in Action*, 9e BRV" by Karen Huffman and deny all remaining allegations in Request for Admission 9.


REQUEST FOR ADMISSION 10: Admit that Defendant never obtained a license to publish Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Psychology in Action*, 9e BRV."

<u>Response</u>

Admit that Wiley did not obtain a license to publish the photographs "William Dement holding narcoleptic dog awake and asleep" in "*Psychology in Action*, 9E, BRV" and deny the remaining allegations in Request for Admission 10.


REQUEST FOR ADMISSION 11: Admit that Defendant published Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Visualizing Psychology*, 1e," by Siri Carpenter and Karen Huffman.

<u>Response</u>

Admit that Wiley published photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled "*Visualizing Psychology*, 1e," by Siri Carpenter and Karen Huffman and deny the remaining allegations in Request for Admission 11.

REQUEST FOR ADMISSION 12: Admit that Defendant published Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Visualizing Psychology*, 1e BRV."

Response

Admit that Wiley published photographs entitled "William Dement holding narcoleptic dog awake and asleep" in "*Visualizing Psychology*, 1e BRV" and deny the remaining allegations in Request for Admission 12.


REQUEST FOR ADMISSION 13: Admit that any license allegedly obtained from Science Faction to use Plaintiff's photographs in "*Visualizing Psychology*, 1e" and any "ancillary" materials was dated January 31, 2007.

Response

Admit that the license to use photographs by Plaintiff in Visualizing Psychology 1e and ancillary materials was dated January 31, 2007 and deny the remaining allegations in Request for Admission 13.


REQUEST FOR ADMISSION 14: Admit that Defendant published "*Visualizing Psychology*, 1e" *and* "*Visualizing Psychology*, 1e BRV" prior to January 31, 2007.

Response

Admit that Wiley published *Visualizing Psychology*, 1e" prior to January 31, 2007. Deny that Wiley published "*Visualizing Psychology*, 1e BRV" prior to January 31, 2007.

REQUEST FOR ADMISSION 15: Admit that any license allegedly obtained from Science Faction to use Plaintiff's photographs in "*Visualizing Psychology*, 1e" and any "ancillary" materials was limited to 40,000 total copies.

<u>Response</u>

Admit that the license from Science Faction to use the photographs "William Dement holding narcoleptic dog awake and asleep" in "*Visualizing Psychology*, 1e" and any "ancillary" materials was limited to 40,000 total copies and deny the remaining allegations set forth in Request for Admission 15.


REQUEST FOR ADMISSION 16: Admit that Defendant printed more than 40,000 total copies of "*Visualizing Psychology*, 1e" *and* "*Visualizing Psychology*, 1e BRV."

<u>Response</u>

Admit.


REQUEST FOR ADMISSION 17: Admit that Defendant published Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Visualizing Psychology*, 2e" by Siri Carpenter and Karen Huffman.

<u>Response</u>

Admit that Wiley published photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled "*Visualizing Psychology*, 2e," by Siri Carpenter and Karen Huffman and deny the remaining allegations set forth in Request for Admission 17.

REQUEST FOR ADMISSION 18: Admit that Defendant never obtained a license to publish Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Visualizing Psychology*, 2e."

<u>Response</u>

Admit that Wiley did not obtain a license to publish the photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled "*Visualizing Psychology*, 2e" and deny the remaining allegations set forth in Request for Admission 18.


REQUEST FOR ADMISSION 19: Admit that Defendant published Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Visualizing Psychology*, 2e BRV" by Siri Carpenter and Karen Huffman.

<u>Response</u>

Admit that Wiley published photographs "William Dement holding narcoleptic dog awake and asleep" in printings of "*Visualizing Psychology*, 2e BRV," by Siri Carpenter and Karen Huffman and deny the remaining allegations set forth in Request for Admission 19.


REQUEST FOR ADMISSION 20: Admit that Defendant never obtained a license to publish Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Visualizing Psychology*, 2e BRV."

<u>Response</u>

Admit that Wiley never obtained a license to publish photographs "William Dement holding narcoleptic dog awake and asleep" in printings of "*Visualizing Psychology*, 2e BRV" and deny the remaining allegations set forth in Request for Admission 20.

REQUEST FOR ADMISSION 21: Admit that Defendant published Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Visualizing Psychology*, 2e Book blocks" by Siri Carpenter and Karen Huffman.

<u>Response</u>

Admit that Wiley published "William Dement holding narcoleptic dog awake and asleep" in "*Visualizing Psychology*, 2e book blocks" by Siri Carpenter and Karen Huffman and deny the remaining allegations set forth in Request for Admission 21.


REQUEST FOR ADMISSION 22: Admit that Defendant never obtained a license to publish Plaintiff's photographs entitled "William Dement holding narcoleptic dog awake and asleep" in a publication entitled or referred to as "*Visualizing Psychology*, 2e Book blocks."

<u>Response</u>

Admit that Defendant never obtained a license to publish photographs "William Dement holding narcoleptic dog awake and asleep" in printings of "*Visualizing Psychology*, 2e Book blocks" and deny the remaining allegations set forth in Request for Admission 22.


REQUEST FOR ADMISSION 23: Admit that Defendant published Plaintiff Psihoyos' photographs entitled or referred to as "Dinamation exhibit at the Museum of Natural History, Cincinnati, OH" and "8-foot long nesting dinosaur wrapped around at least 20 eggs" in a publication entitled or referred to as "*Visualizing Earth Science*, 1e" by Merali.

<u>Response</u>

Admit that Wiley published the photographs "Dinamation exhibit at the Museum of Natural History, Cincinnati, OH" and "8-foot long nesting dinosaur wrapped around at least 20 eggs" in

a publication entitled "*Visualizing Earth Science*, 1e" by Merali and deny the remaining allegations set forth in Request for Admission 23.


REQUEST FOR ADMISSION 24: Admit that Defendant never obtained a license to publish Plaintiff's photographs entitled or referred to as "Dinamation exhibit at the Museum of Natural History, Cincinnati, OH" and "8-foot long nesting dinosaur wrapped around at least 20 eggs" in a publication entitled or referred to as "*Visualizing Earth Science*, 1e."

Response

Admit that Defendant never obtained a license to publish the photographs "Dinamation exhibit at the Museum of Natural History, Cincinnati, OH" and "8-foot long nesting dinosaur wrapped around at least 20 eggs" in the publication entitled "*Visualizing Earth Science*, 1e" and deny the remaining allegations set forth in Request for Admission 24.


REQUEST FOR ADMISSION 25: Admit that Defendant published Plaintiff Psihoyos' photographs entitled or referred to as "Dinamation exhibit at the Museum of Natural History, Cincinnati, OH" and "8-foot long nesting dinosaur wrapped around at least 20 eggs" in a publication entitled or referred to as "*Visualizing Earth Science*, 1e BRV" by Merali.

Response

Admit that Wiley published the photographs "Dinamation exhibit at the Museum of Natural History, Cincinnati, OH" and "8-foot long nesting dinosaur wrapped around at least 20 eggs" in "*Visualizing Earth Science*, 1e BRV" by Merali and deny the remaining allegations set forth in Request for Admission 25.

REQUEST FOR ADMISSION 26: Admit that Defendant never obtained a license to publish Plaintiff's photographs "Dinamation exhibit at the Museum of Natural History, Cincinnati, OH" and "8-foot long nesting dinosaur wrapped around at least 20 eggs" in a publication entitled or referred to as "*Visualizing Earth Science*, 1e BRV."

Response

Admit that Defendant never obtained a license to publish the photographs entitled or referred to as "Dinamation exhibit at the Museum of Natural History, Cincinnati, OH" and "8-foot long nesting dinosaur wrapped around at least 20 eggs" in printings of "*Visualizing Earth Science*, 1e BRV" and deny the remaining allegations set forth in Request for Admission 26.


REQUEST FOR ADMISSION 27: Admit that Defendant published Plaintiff Psihoyos' photographs "Dinamation exhibit at the Museum of Natural History, Cincinnati, OH" and "8-foot long nesting dinosaur wrapped around at least 20 eggs" in a publication entitled or referred to as "*Visualizing Earth Science*, 1e Book blocks" by Merali.

Response

Admit that Wiley published the photographs "Dinamation exhibit at the Museum of Natural History, Cincinnati, OH" and "8-foot long nesting dinosaur wrapped around at least 20 eggs" in printings of "*Visualizing Earth Science*, 1e book blocks" by Merali and deny the remaining allegations in Request for Admission 27.


REQUEST FOR ADMISSION 28: Admit that Defendant never obtained a license to publish Plaintiff's photographs entitled or referred to as "Dinamation exhibit at the Museum of Natural History, Cincinnati, OH" and "8-foot long nesting dinosaur wrapped around at least 20 eggs" in a

publication entitled or referred to as "*Visualizing Earth Science*, 1e Book blocks."

<u>Response</u>

Admit that Defendant never obtained a license to publish the photographs "Dinamation exhibit at the Museum of Natural History, Cincinnati, OH" and "8-foot long nesting dinosaur wrapped around at least 20 eggs" in printings of "*Visualizing Earth Science*, 1e Book blocks" and deny the remaining allegations set forth in Request for Admission 28.

REQUEST FOR ADMISSION 29: Admit that Defendant published Plaintiff's photograph entitled or referred to as "Enormous Triceratops Skeleton" in a publication entitled or referred to as "*Physics*, 8E."

<u>Response</u>

Admit that Wiley published the photograph "Enormous Triceratops Skeleton" in a publication entitled "*Physics,* 8E*"* and deny the remaining allegations set forth in Request for Admission 29.

REQUEST FOR ADMISSION 30: Admit that any license Defendant purports to have to use Plaintiff's photograph entitled or referred to as "Enormous Triceratops Skeleton" in a publication entitled or referred to as "*Physics*, 8E" was limited to 100,000 total copies.

<u>Response</u>

Admit that the license to use "Enormous Triceratops Skeleton" in a publication entitled or referred to as "*Physics*, 8E" was limited to 100,000 total copies and deny the remaining allegations set forth in Request for Admission 29.

REQUEST FOR ADMISSION 31: Admit that Defendant printed more than 100,000 total copies

of the publication entitled or referred to as "*Physics*, 8E."

<u>Response</u>

Admit.

Dated: Hoboken, NJ
      July 5, 2011

By:  <u>/s/ Ashima Aggarwal            </u>
        Ashima Aggarwal

Ashima Aggarwal
aaggarwa@wiley.com
Joseph J. Barker
jobarker@wiley.com
John Wiley & Sons, Inc.
111 River Street
Hoboken, NJ 07030
(201) 748-7862

# EXHIBIT 8

| | Amended Complaint Exhibit A Line | Original Complaint Exhibit A Line | Image Description | Registration Certificate No. | License/ Invoice No. | Wiley Publication | License Limit Violated | Wiley Documents Evidencing Use Beyond License Limits | Wiley Admission No.('s) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 2 | Antelope Island, White Rock Bay, Great Salt Lake, UT | VA 1-720-920 | 1002 | Skinner, Blue Planet, 1st Edition | print quantity (20,000 limit) | WBEAN 0004989 | 40, 41 |
| 2 | 2 | 3 | Passive Solar Home with Trombe Walls, Flagstaff, AZ | VA 1-720-920 | 1003 | Botkin, Environmental Science: Earth as a Living Planet, 1st Edition | print quantity (25,000 limit) | WBEAN 0004977 | 42, 43 |
| 3 | 2 | 3 | Passive Solar Home with Trombe Walls, Flagstaff, AZ | VA 1-720-920 | 1003 | Botkin, Environmental Science: Earth as a Living Planet, 1st Edition | media (no CD-Roms authorized) | WBEAN 0004977 | |
| 4 | 3 | 6 | Fault Breccia, Grapevine Mts. Of Death Valley National Park, CA | VA 1-720-932 | 1029 | Skinner, Dynamic Earth, 3d Edition | print quantity (40,000 limit) | WBEAN 0004991 | 3, 4 |
| 5 | 4 | 4 | Three-toed Dinosaur Tracks, Cameron, Arizona | VA 1-720-932 | 1029 | Skinner, Dynamic Earth, 3d Edition | print quantity (40,000 limit) | WBEAN 0004991 | |
| 6 | 5 | 5 | Three-toed Dinosaur Tracks, Cameron, Arizona (second use in book) | VA 1-720-932 | 1029 | Skinner, Dynamic Earth, 3d Edition | print quantity (40,000 limit) | WBEAN 0004991 | |
| 7 | 6 | 7 | Exposed Rock Layers, Rapley Monocline near Mexican Hat, UT | VA 1-720-932 | 1029 | Skinner, Dynamic Earth, 3d Edition | print quantity (40,000 limit) | WBEAN 0004991 | |
| 8 | 11 | 46 | The Burren, Karst Topography, eroded limestone, Ireland | VA 1-785-789 | 2045 | Strahler, Physical Geography: Science and Systems, 1st Edition | print quantity (20,000 limit) | WBEAN 0005001 | 54, 55 |
| 9 | 11 | 46 | The Burren, Karst Topography, eroded limestone, Ireland | VA 1-785-789 | 2045 | Strahler, Physical Geography: Science and Systems, 1st Edition | geographic distribution (US only) | WBEAN 0005001 | |
| 10 | 12 | 47 | Braided Stream Channel of the Chitina River, Wrangell Mountains, Alaska | VA 1-739-343 | 2045 | Strahler, Physical Geography: Science and Systems, 1st Edition | print quantity (20,000 limit) | WBEAN 0005001 | 54, 55 |
| 11 | 12 | 47 | Braided Stream Channel of the Chitina River, Wrangell Mountains, Alaska | VA 1-739-343 | 2045 | Strahler, Physical Geography: Science and Systems, 1st Edition | geographic distribution (US only) | WBEAN 0005001 | |
| 12 | 13 | 48 | Desert Pavement, KOFA National Wildlife Refuge, Arizona | VA 1-739-343 | 2045 | Strahler, Physical Geography: Science and Systems, 1st Edition | print quantity (20,000 limit) | WBEAN 0005001 | 54, 55 |
| 13 | 13 | 48 | Desert Pavement, KOFA National Wildlife Refuge, Arizona | VA 1-739-343 | 2045 | Strahler, Physical Geography: Science and Systems, 1st Edition | geographic distribution (US only) | WBEAN 0005001 | |
| 14 | 14 | 49 | Sagebrush, Moffat County, Colorado | VA 1-720-931 | 2045 | Strahler, Physical Geography: Science and Systems, 1st Edition | print quantity (20,000 limit) | WBEAN 0005001 | 54, 55 |
| 15 | 14 | 49 | Sagebrush, Moffat County, Colorado | VA 1-720-931 | 2045 | Strahler, Physical Geography: Science and Systems, 1st Edition | geographic distribution (US only) | WBEAN 0005001 | |
| 16 | 15 | 45 | Eroded Limestone near Vinales, Pinar del Rio, Cuba | VA 1-720-931 | 2045 | Strahler, Physical Geography: Science and Systems, 1st Edition | print quantity (20,000 limit) | WBEAN 0005001 | 54, 55 |
| 17 | 15 | 45 | Eroded Limestone near Vinales, Pinar del Rio, Cuba | VA 1-720-931 | 2045 | Strahler, Physical Geography: Science and Systems, 1st Edition | geographic distribution (US only) | WBEAN 0005001 | |

| | Amended Complaint Exhibit A Line | Original Complaint Exhibit A Line | Image Description | Registration Certificate No. | License/ Invoice No. | Wiley Publication | License Limit Violated | Wiley Documents Evidencing Use Beyond License Limits | Wiley Admission No.('s) |
|---|---|---|---|---|---|---|---|---|---|
| 18 | 16 | 50 | El Yunque Rainforest, Bromeliads, Caribbean National Forest, PR | VA 1-739-343 | 2045 | Strahler, Physical Geography: Science and Systems, 1st Edition | print quantity (20,000 limit) | WBEAN 0005001 | 54, 55 |
| 19 | 16 | 50 | El Yunque Rainforest, Bromeliads, Caribbean National Forest, PR | VA 1-739-343 | 2045 | Strahler, Physical Geography: Science and Systems, 1st Edition | geographic distribution (US only) | WBEAN 0005001 | |
| 20 | 19 | 15 | Alluvial Fan, Black Mountains, Death Valley National Park, CA | VA 1-704-800 | 2127T | DeBlij, Physical Geography of the Global Environment, 2nd Edition | geographic distribution (North America only) | WBEAN 0004985 | |
| 21 | 24 | 20 | Fossil Dinosaur Tracks, Painted Dessert, Cameron, Arizona | VA 1-720-926 | 2260K | Murck, Geology Today | geographic distribution (North America only) | WBEAN 0004988 | |
| 22 | 25 | 21 | Exposed Rock Layers, Rapley Monocline near Mexican Hat, UT | VA 1-720-932 | 2260K | Murck, Geology Today | geographic distribution (North America only) | WBEAN 0004988 | |
| 23 | 26 | 22 | Antelope Island, White Rock Bay, Great Salt Lake, UT | VA 1-720-920 | 2275T | Skinner, Blue Planet, 2d Edition | print quantity (30,000 limit) | WBEAN 0004990 | 13, 14 |
| 24 | 27 | 23 | Passive Solar Home with Trombe Walls, Flagstaff, AZ | VA 1-720-920 | 2314T | Botkin, Environmental Science: Earth as a Living Planet, 3rd Edition | print quantity (20,000 limit) | WBEAN 0004979 | 46, 47 |
| 25 | 27 | 23 | Passive Solar Home with Trombe Walls, Flagstaff, AZ | VA 1-720-920 | 2314T | Botkin, Environmental Science: Earth as a Living Planet, 3rd Edition | geographic distribution (North America only) | WBEAN 0004979 | |
| 26 | 28 | 24 | Mangroves on Banks, Isle of Dominica, West Indies | VA 1-720-929 | 2314T | Botkin, Environmental Science: Earth as a Living Planet, 3rd Edition | print quantity (20,000 limit) | WBEAN 0004979 | 46, 47 |
| 27 | 28 | 24 | Mangroves on Banks, Isle of Dominica, West Indies | VA 1-720-929 | 2314T | Botkin, Environmental Science: Earth as a Living Planet, 3rd Edition | geographic distribution (North America only) | WBEAN 0004979 | |
| 28 | 29 | 27 | Fault Breccia, Grapevine Mts. Of Death Valley National Park, CA | VA 1-720-932 | 2445K | Skinner, Dynamic Earth, 4th Edition | print quantity (20,000 limit) | WBEAN 0004992 | 48, 49 |
| 29 | 29 | 27 | Fault Breccia, Grapevine Mts. Of Death Valley National Park, CA | VA 1-720-932 | 2445K | Skinner, Dynamic Earth, 4th Edition | geographic distribution (North America only) | WBEAN 0004992 | |
| 30 | 30 | 26 | Three-toed Dinosaur Tracks, Cameron, Arizona | VA 1-720-932 | 2445K | Skinner, Dynamic Earth, 4th Edition | print quantity (20,000 limit) | WBEAN 0004992 | 48, 49 |
| 31 | 30 | 26 | Three-toed Dinosaur Tracks, Cameron, Arizona | VA 1-720-932 | 2445K | Skinner, Dynamic Earth, 4th Edition | geographic distribution (North America only) | WBEAN 0004992 | |
| 32 | 31 | 25 | Sedimentary Rocks of Moenkopi Form, Wupatki, AZ | VA 1-785-790 | 2445K | Skinner, Dynamic Earth, 4th Edition | print quantity (20,000 limit) | WBEAN 0004992 | 48, 49 |
| 33 | 31 | 25 | Sedimentary Rocks of Moenkopi Form, Wupatki, AZ | VA 1-785-790 | 2445K | Skinner, Dynamic Earth, 4th Edition | geographic distribution (North America only) | WBEAN 0004992 | |
| 34 | 32 | 28 | Exposed Rock Layers, Rapley Monocline near Mexican Hat, UT | VA 1-720-932 | 2445K | Skinner, Dynamic Earth, 4th Edition | print quantity (20,000 limit) | WBEAN 0004992 | 48, 49 |
| 35 | 32 | 28 | Exposed Rock Layers, Rapley Monocline near Mexican Hat, UT | VA 1-720-932 | 2445K | Skinner, Dynamic Earth, 4th Edition | geographic distribution (North America only) | WBEAN 0004992 | |
| 36 | 37 | 34 | The Burren, Karst Topography, eroded limestone, Ireland | VA 1-785-789 | 2698T | Strahler, Physical Geography: Science and Systems, 2d Edition | print quantity (15,000 limit) | | 15, 16 |

| | Amended Complaint Exhibit A Line | Original Complaint Exhibit A Line | Image Description | Registration Certificate No. | License/ Invoice No. | Wiley Publication | License Limit Violated | Wiley Documents Evidencing Use Beyond License Limits | Wiley Admission No.('s) |
|---|---|---|---|---|---|---|---|---|---|
| 37 | 38 | 37 | Braided Stream Channel of the Chitina River, Wrangell Mountains, Alaska | VA 1-739-343 | 2698T | Strahler, Physical Geography: Science and Systems, 2d Edition | print quantity (15,000 limit) | | 15, 16 |
| 38 | 39 | 38 | Desert Pavement, KOFA National Wildlife Refuge, Arizona | VA 1-739-343 | 2698T | Strahler, Physical Geography: Science and Systems, 2d Edition | print quantity (15,000 limit) | | 15, 16 |
| 39 | 40 | 33 | Sagebrush, Moffat County, Colorado | VA 1-720-931 | 2698T | Strahler, Physical Geography: Science and Systems, 2d Edition | print quantity (15,000 limit) | | 15, 16 |
| 40 | 41 | 36 | Eroded Limestone near Vinales, Pinar del Rio, Cuba | VA 1-720-931 | 2698T | Strahler, Physical Geography: Science and Systems, 2d Edition | print quantity (15,000 limit) | | 15, 16 |
| 41 | 42 | 35 | El Yunque Rainforest, Bromeliads, Caribbean National Forest, PR | VA 1-739-343 | 2698T | Strahler, Physical Geography: Science and Systems, 2d Edition | print quantity (15,000 limit) | | 15, 16 |
| 42 | 48 | 44 | The Burren, Karst Topography, eroded limestone, Ireland | VA 1-785-789 | 2843 | Strahler, Introducing Physical Geography, 3rd Edition CD Rom | print quantity (15,200 limit) | | 17, 18 |
| 43 | 49 | 53 | Ponderosa pine forest after thinning, Coconino National Forest, Flagstaff, AZ | VA 1-720-910 | 2857K | Botkin, Environmental Science: Earth as a Living Planet, 4th Edition | print quantity (30,000 limit) | WBEAN 0004980 | 56, 57 |
| 44 | 49 | 53 | Ponderosa pine forest after thinning, Coconino National Forest, Flagstaff, AZ | VA 1-720-910 | 2857K | Botkin, Environmental Science: Earth as a Living Planet, 4th Edition | geographic distribution (North America only) | WBEAN 0004980 | |
| 45 | 49 | 53 | Ponderosa pine forest after thinning, Coconino National Forest, Flagstaff, AZ | VA 1-720-910 | 2857K | Botkin, Environmental Science: Earth as a Living Planet, 4th Edition | media (no e-books licensed) | WBEAN 0004980 | |
| 46 | 50 | 52 | Ponderosa pine forest before tree thinning, Coconino National Forest, Flagstaff, AZ | VA 1-720-910 | 2857K | Botkin, Environmental Science: Earth as a Living Planet, 4th Edition | print quantity (30,000 limit) | WBEAN 0004980 | 56, 57 |
| 47 | 50 | 52 | Ponderosa pine forest before tree thinning, Coconino National Forest, Flagstaff, AZ | VA 1-720-910 | 2857K | Botkin, Environmental Science: Earth as a Living Planet, 4th Edition | geographic distribution (North America only) | WBEAN 0004980 | |
| 48 | 50 | 52 | Ponderosa pine forest before tree thinning, Coconino National Forest, Flagstaff, AZ | VA 1-720-910 | 2857K | Botkin, Environmental Science: Earth as a Living Planet, 4th Edition | media (no e-books licensed) | WBEAN 0004980 | |
| 49 | 51 | 54 | Passive Solar Home with Trombe Walls, Flagstaff, AZ | VA 1-720-920 | 2857K | Botkin, Environmental Science: Earth as a Living Planet, 4th Edition | print quantity (30,000 limit) | WBEAN 0004980 | 56, 57 |
| 50 | 51 | 54 | Passive Solar Home with Trombe Walls, Flagstaff, AZ | VA 1-720-920 | 2857K | Botkin, Environmental Science: Earth as a Living Planet, 4th Edition | geographic distribution (North America only) | WBEAN 0004980 | |
| 51 | 51 | 54 | Passive Solar Home with Trombe Walls, Flagstaff, AZ | VA 1-720-920 | 2857K | Botkin, Environmental Science: Earth as a Living Planet, 4th Edition | media (no e-books licensed) | WBEAN 0004980 | |

| | Amended Complaint Exhibit A Line | Original Complaint Exhibit A Line | Image Description | Registration Certificate No. | License/ Invoice No. | Wiley Publication | License Limit Violated | Wiley Documents Evidencing Use Beyond License Limits | Wiley Admission No.('s) |
|---|---|---|---|---|---|---|---|---|---|
| 52 | 52 | 51 | Mangroves on Banks, Isle of Dominica, West Indies | VA 1-720-929 | 2857K | Botkin, Environmental Science: Earth as a Living Planet, 4th Edition | print quantity (30,000 limit) | WBEAN 0004980 | 56, 57 |
| 53 | 52 | 51 | Mangroves on Banks, Isle of Dominica, West Indies | VA 1-720-929 | 2857K | Botkin, Environmental Science: Earth as a Living Planet, 4th Edition | geographic distribution (North America only) | WBEAN 0004980 | |
| 54 | 52 | 51 | Mangroves on Banks, Isle of Dominica, West Indies | VA 1-720-929 | 2857K | Botkin, Environmental Science: Earth as a Living Planet, 4th Edition | media (no e-books licensed) | WBEAN 0004980 | |
| 55 | 53 | 57 | Fault Breccia, Grapevine Mts. Of Death Valley National Park, CA | VA 1-720-932 | 2935 | Skinner, Dynamic Earth, 5th Edition | print quantity (30,000 limit) | WBEAN 0004993 | 19, 20 |
| 56 | 53 | 57 | Fault Breccia, Grapevine Mts. Of Death Valley National Park, CA | VA 1-720-932 | 2935 | Skinner, Dynamic Earth, 5th Edition | media (no e-books licensed) | WBEAN 0004993 | |
| 57 | 53 | 57 | Fault Breccia, Grapevine Mts. Of Death Valley National Park, CA | VA 1-720-932 | 2935 | Skinner, Dynamic Earth, 5th Edition | geographic distribution (North America only) | WBEAN 0004993 | |
| 58 | 54 | 59 | City Dump on Permafrost Soils, Kotzebue, AK | VA 1-720-206 | 2935 | Skinner, Dynamic Earth, 5th Edition | print quantity (30,000 limit) | WBEAN 0004993 | 19, 20 |
| 59 | 54 | 59 | City Dump on Permafrost Soils, Kotzebue, AK | VA 1-720-206 | 2935 | Skinner, Dynamic Earth, 5th Edition | media (no e-books licensed) | WBEAN 0004993 | |
| 60 | 54 | 59 | City Dump on Permafrost Soils, Kotzebue, AK | VA 1-720-206 | 2935 | Skinner, Dynamic Earth, 5th Edition | geographic distribution (North America only) | WBEAN 0004993 | |
| 61 | 55 | 56 | Three-toed Dinosaur Tracks, Cameron, Arizona | VA 1-720-932 | 2935 | Skinner, Dynamic Earth, 5th Edition | print quantity (30,000 limit) | WBEAN 0004993 | 19, 20 |
| 62 | 55 | 56 | Three-toed Dinosaur Tracks, Cameron, Arizona | VA 1-720-932 | 2935 | Skinner, Dynamic Earth, 5th Edition | media (no e-books licensed) | WBEAN 0004993 | |
| 63 | 55 | 56 | Three-toed Dinosaur Tracks, Cameron, Arizona | VA 1-720-932 | 2935 | Skinner, Dynamic Earth, 5th Edition | geographic distribution (North America only) | WBEAN 0004993 | |
| 64 | 56 | 55 | Sedimentary Rocks of Moenkopi Form, Wupatki, AZ | VA 1-785-790 | 2935 | Skinner, Dynamic Earth, 5th Edition | print quantity (30,000 limit) | WBEAN 0004993 | 19, 20 |
| 65 | 56 | 55 | Sedimentary Rocks of Moenkopi Form, Wupatki, AZ | VA 1-785-790 | 2935 | Skinner, Dynamic Earth, 5th Edition | media (no e-books licensed) | WBEAN 0004993 | |
| 66 | 56 | 55 | Sedimentary Rocks of Moenkopi Form, Wupatki, AZ | VA 1-785-790 | 2935 | Skinner, Dynamic Earth, 5th Edition | geographic distribution (North America only) | WBEAN 0004993 | |
| 67 | 57 | 58 | Hogback Ridges,Grand Staircase-Escalante National Monument, UT | VA 1-720-206 | 2935 | Skinner, Dynamic Earth, 5th Edition | print quantity (30,000 limit) | WBEAN 0004993 | 19, 20 |
| 68 | 57 | 58 | Hogback Ridges,Grand Staircase-Escalante National Monument, UT | VA 1-720-206 | 2935 | Skinner, Dynamic Earth, 5th Edition | media (no e-books licensed) | WBEAN 0004993 | |
| 69 | 57 | 58 | Hogback Ridges,Grand Staircase-Escalante National Monument, UT | VA 1-720-206 | 2935 | Skinner, Dynamic Earth, 5th Edition | geographic distribution (North America only) | WBEAN 0004993 | |
| 70 | 58 | 60 | Oblique Aerial View of a Drumlin Field, Wisconsin | VA 1-720-206 | 2936 | Skinner, Dynamic Earth, 5th Edition | print quantity (30,000 limit) | WBEAN 0004993 | 19, 20 |

| | Amended Complaint Exhibit A Line | Original Complaint Exhibit A Line | Image Description | Registration Certificate No. | License/ Invoice No. | Wiley Publication | License Limit Violated | Wiley Documents Evidencing Use Beyond License Limits | Wiley Admission No.('s) |
|---|---|---|---|---|---|---|---|---|---|
| 71 | 58 | 60 | Oblique Aerial View of a Drumlin Field, Wisconsin | VA 1-720-206 | 2936 | Skinner, Dynamic Earth, 5th Edition | media (no e-books licensed) | WBEAN 0004993 | |
| 72 | 58 | 60 | Oblique Aerial View of a Drumlin Field, Wisconsin | VA 1-720-206 | 2936 | Skinner, Dynamic Earth, 5th Edition | geographic distribution (North America only) | WBEAN 0004993 | |
| 73 | 71 | 75 | Ponderosa pine forest after thinning, Coconino National Forest, Flagstaff, AZ | VA 1-720-910 | 3146 | Botkin, Environmental Science: Earth as a Living Planet, 5th Edition | print quantity (30,000 limit) | WBEAN 0004981 | 23, 24 |
| 74 | 71 | 75 | Ponderosa pine forest after thinning, Coconino National Forest, Flagstaff, AZ | VA 1-720-910 | 3146 | Botkin, Environmental Science: Earth as a Living Planet, 5th Edition | geographic distribution (North America only) | WBEAN 0004981 | |
| 75 | 71 | 75 | Ponderosa pine forest after thinning, Coconino National Forest, Flagstaff, AZ | VA 1-720-910 | 3146 | Botkin, Environmental Science: Earth as a Living Planet, 5th Edition | media (no e-books licensed) | WBEAN 0004981 | |
| 76 | 72 | 74 | Ponderosa pine forest before tree thinning, Coconino National Forest, Flagstaff, AZ | VA 1-720-910 | 3146 | Botkin, Environmental Science: Earth as a Living Planet, 5th Edition | print quantity (30,000 limit) | WBEAN 0004981 | 23, 24 |
| 77 | 72 | 74 | Ponderosa pine forest before tree thinning, Coconino National Forest, Flagstaff, AZ | VA 1-720-910 | 3146 | Botkin, Environmental Science: Earth as a Living Planet, 5th Edition | geographic distribution (North America only) | WBEAN 0004981 | |
| 78 | 72 | 74 | Ponderosa pine forest before tree thinning, Coconino National Forest, Flagstaff, AZ | VA 1-720-910 | 3146 | Botkin, Environmental Science: Earth as a Living Planet, 5th Edition | media (no e-books licensed) | WBEAN 0004981 | |
| 79 | 73 | 73 | Passive Solar Home with Trombe Walls, Flagstaff, AZ | VA 1-720-920 | 3146 | Botkin, Environmental Science: Earth as a Living Planet, 5th Edition | print quantity (30,000 limit) | WBEAN 0004981 | 23, 24 |
| 80 | 73 | 73 | Passive Solar Home with Trombe Walls, Flagstaff, AZ | VA 1-720-920 | 3146 | Botkin, Environmental Science: Earth as a Living Planet, 5th Edition | geographic distribution (North America only) | WBEAN 0004981 | |
| 81 | 73 | 73 | Passive Solar Home with Trombe Walls, Flagstaff, AZ | VA 1-720-920 | 3146 | Botkin, Environmental Science: Earth as a Living Planet, 5th Edition | media (no e-books licensed) | WBEAN 0004981 | |
| 82 | 74 | 76 | Sonoran Desert in Spring after Wet Winter, Tonto, AZ | VA 1-720-153 | 3169 | Alters, Biology 1st Edition | print quantity (40,000 limit) | WBEAN 0004974 | 60, 61 |
| 83 | 75 | 77 | Sonoran Desert in Spring after Dry Winter, Tonto, AZ | VA 1-720-153 | 3169 | Alters, Biology 1st Edition | print quantity (40,000 limit) | WBEAN 0004974 | 60, 61 |
| 84 | 87 | 89 | Passive Solar Home with Trombe Walls, Flagstaff, AZ | VA 1-720-920 | 3235 | Botkin, Environmental Science: Earth as a Living Planet, Canadian Edition | print quantity (10,000 limit) | | 64, 65 |
| 85 | 88 | 90 | Wahweap Marina, Glen Canyon National Recreation Area, near Page, AZ | VA 1-720-097 | 3293 | DeBlij, Geography: Realms, Regions, and Concepts, 12th Edition | print quantity (40,000 limit) | WBEAN 0004986 | 66, 67 |

| | Amended Complaint Exhibit A Line | Original Complaint Exhibit A Line | Image Description | Registration Certificate No. | License/ Invoice No. | Wiley Publication | License Limit Violated | Wiley Documents Evidencing Use Beyond License Limits | Wiley Admission No.('s) |
|---|---|---|---|---|---|---|---|---|---|
| 86 | 93 | 98 | Passive Solar Home with Trombe Walls, Flagstaff, AZ | VA 1-720-920 | 3487 | Botkin, Environmental Science: Earth as a Living Planet, 6th Edition | geographic distribution (North America only) | WBEAN 0004982 | |
| 87 | 94 | 97 | Mangroves on Banks, Isle of Dominica, West Indies | VA 1-720-929 | 3487 | Botkin, Environmental Science: Earth as a Living Planet, 6th Edition | geographic distribution (North America only) | WBEAN 0004982 | |
| 88 | 95 | 99 | Comb Ridge, w/ strata of monocline and San Juan River, Mexican Hat, UT | VA 1-720-097 | 3488 | Strahler, Physical Geography, 4th Edition, Canadian | print quantity (11,000 limit) | | 74, 75 |
| 89 | 96 | 100 | The Burren, Karst Topography, eroded limestone, Ireland | VA 1-785-789 | 3503 | Strahler, Physical Geography, 4th Edition, Canadian | print quantity (11,000 limit) | | 74, 75 |
| 90 | 97 | 101 | El Yunque Rainforest, Bromeliads, Caribbean National Forest, PR | VA 1-739-343 | 3503 | Strahler, Physical Geography, 4th Edition, Canadian | print quantity (11,000 limit) | | 74, 75 |
| 91 | 98 | 102 | Mangroves on Banks, Isle of Dominica, West Indies | VA 1-720-929 | 3549 | Botkin, Keller, Essential Environmental Science, 1st Edition | geographic distribution (North America only) | WBEAN 0004987 | |