```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DAVID YOUNG-WOLFF,                   :

            Plaintiff,               :           ORDER

        -against-                    :      12 Civ. 5230 (JPO)(MHD)

JOHN WILEY & SONS, INC.,             :      12 Civ. 5070 (JPO)(MHD)

            Defendant.               :
------------------------------------x
WILLIAM J. WARREN,                   :

            Plaintiff,               :

        -against-                    :

JOHN WILEY & SONS, INC.,             :

            Defendant.               :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Pursuant to today's conference, we adopt the following discovery schedule in both above-mentioned cases:

1. Fact discovery is to be completed by **APRIL 30, 2014**.

2. Defendant's expert witness designations and reports are to be served on plaintiffs by no later than **MAY 7, 2014**.

   3.   Plaintiffs' rebuttal expert witness designations and reports are due no later than **MAY 28, 2014**.

   4.   Expert discovery is to be completed by **JUNE 11, 2014**.

Dated: New York, New York
       February 19, 2014

                                    SO ORDERED.

                                    _____
                                    MICHAEL H. DOLINGER
                                    UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Daniel A. Nelson, Esq.
Kevin P. McCulloch, Esq.
Nelson & McCulloch LLP
Fax: (646) 308-1178

Beth I. Goldman, Esq.
Edward H. Rosenthal, Esq.
Frankfurt Kurnit Klein & Selz PC
Fax: (212) 593-9175

Christopher P. Beall, Esq.
Robert Penchina, Esq.
Levin, Sullivan, Koch & Schulz, LLP
Fax: (212) 850-6299