```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

DAVID YOUNG-WOLFF,                   :

              Plaintiff,             :        ORDER

         -against-                   :    12 Civ. 5230(JPO)(MHD)

JOHN WILEY & SONS, INC.,             :

              Defendant.             :

                                     :
------------------------------------x
```

11/18/14

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **TUESDAY, DECEMBER 2, 2014 at 10:00 A.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

This conference coincides with the settlement conference scheduled before the undersigned in the matter of Warren v. John

Wiley & Sons, Inc., 12 Civ. 5070(JPO)(MHD). Because attorneys are the same in both matters and clients are available at this time, we will conduct the settlement conferences sequentially, beginning with Warren, for the convenience of the court and all parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other about their respective settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

**Dated: New York, New York**
      **November 18, 2014**

                              **SO ORDERED.**


                              _____
                              **MICHAEL H. DOLINGER**
                              **UNITED STATES MAGISTRATE JUDGE**



Copies of the foregoing Order have been sent today to:

Daniel A. Nelson, Esq.
Kevin P. McCulloch, Esq.
Nelson & McCulloch LLP
Fax: (646) 308-1178

Beth I. Goldman, Esq.
Edward H. Rosenthal, Esq.
Frankfurt Kurnit Klein & Selz PC
Fax: (212) 593-9175

Christopher P. Beall, Esq.
Robert Penchina, Esq.
Levin, Sullivan, Koch & Schulz, LLP
Fax: (212) 850-6299