**Nelson & McCulloch LLP**

Intellectual Property Litigation
New York | District of Columbia

155 East 56th Street
New York, New York 10022
T: (212) 355-6050
F: (646) 308-1178

Dan Nelson*                                                                                                  Kevin P. McCulloch+

March 4, 2015

**VIA ECF**

Hon. J. Paul Oetken
U.S. District Court
40 Foley Square
New York, NY 10007

      RE:   *Young-Wolff v. John Wiley & Sons, Inc.*, No. 12-cv-5230 (JPO) (MHD)

Dear Judge Oetken,

This firm is counsel for Plaintiff David Young-Wolff in the above-referenced case. I am writing to request leave to file an overlength brief in support of Plaintiff's upcoming motion for summary judgment. Given the number of photos at issue, Plaintiff requests leave to file an overlength brief of 30 pages and a reply of 15 pages, with Defendant being permitted to file a 30-page opposition.

I have conferred with counsel for Defendant and they have stipulated to this request.

                                 Respectfully submitted,

                                 Kevin McCulloch

So ordered.
3/5/15

_____
J. PAUL OETKEN
United States District Judge

*Admitted in NY and CO
+Admitted in NY and DC
www.nelsonmcculloch.com