

Intellectual Property Litigation
New York | District of Columbia

155 East 56th Street
New York, New York 10022
T: (212) 355-6050
F: (646) 308-1178

April 3, 2015

**VIA ECF**

Hon. J. Paul Oetken
U.S. District Court for the
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      RE:    *Young-Wolff v. John Wiley & Sons, Inc.*, No. 12-cv-5230 (JPO) (MHD)

To Judge Oetken,

This firm is counsel for Plaintiff David Young-Wolff in the above-referenced case. I write jointly with counsel for Defendant John Wiley & Sons, Inc. ("Wiley") to request that the Court extend the deadlines for the parties to file opposition and reply briefs related to the parties' respective summary judgment motions filed on March 27, 2015. The parties jointly request that the deadline for filing opposition briefs be extended to May 8, 2015 and the deadline for reply briefs be extended to May 29, 2015.

This is the second request for an adjournment or extension of the summary judgment briefing schedule. The requested relief will not affect any other deadlines in this matter.

Defendant's counsel joins in this request.

                                        Respectfully submitted,

                                        Kevin McCulloch