UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID YOUNG-WOLFF,

                        Plaintiff,        12-CV-5230 (JPO)

        -v-                                   ORDER

JOHN WILEY & SONS, INC.,

                        Defendant.
------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

      Counsel for the parties shall appear for a conference on March 10, 2016 at 3:00 PM in Courtroom 706 of the Thurgood Marshall United States Court House, 40 Foley Square, New York, New York.  The conference will address scheduling and the pending motion for certification of final judgment.

      SO ORDERED.

Dated: February 29, 2016
       New York, New York

                                                  J. PAUL OETKEN
                                                  United States District Judge